UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICHARD JORDAN, and**
**RICKY CHASE**                                                                            **PLAINTIFF(S)**

**VS.**                       **CIVIL ACTION NO. 3:15CV295HTW-LRA**

**COMMISSIONER MARSHAL FISHER, et al**                 **DEFENDANT(S)**

### PLAINTIFF'S EXHIBIT LIST

| NUMBER | DESCRIPTION | Sponsor | I.D. | EVID. |
|---|---|---|---|---|
| P-1 | Death Penalty Information Center 2015 Execution List | | | 07/29/15 |
| P-2 | Preparation & Administration of Chemicals | | | 07/31/15 |