# DPIC DEATH PENALTY INFORMATION CENTER

## Execution List 2015

| DATE | NUMBER SINCE 1976 | STATE | NAME | AGE | RACE | VICTIM RACE | METHOD | DRUG PROTOCOL | YEARS FROM SENTENCE TO EXECUTION |
|---|---|---|---|---|---|---|---|---|---|
| 1/13/15 | 1395 | GA | Andrew Brannan | 66 | White | 1 White | Lethal Injection | 1-drug (pentobarbital) | 15 |
| 1/15/15 | 1396 | FL | Johnny Kormondy | 42 | White | 1 White | Lethal Injection | 3-drug (midazolam) | 21 |
| 1/15/15 | 1397 | OK | Charles Warner | 46 | Black | 1 Black | Lethal Injection | 3-drug (midazolam) | 17 |
| 1/21/15 | 1398 | TX | Arnold Prieto | 41 | Latino | 2 Latino, 1 White | Lethal Injection | 1-drug (pentobarbital) | 20 |
| 1/27/15 | 1399 | GA | Warren Hill | 54 | Black | 1 White | Lethal Injection | 1-drug (pentobarbital) | 25 |
| 1/29/15 | 1400 | TX | Robert Ladd | 57 | Black | 1 White | Lethal Injection | 1-drug (pentobarbital) | 28 |
| 2/4/15 | 1401 | TX | Donald Newbury | 52 | White | 1 White | Lethal Injection | 1-drug (pentobarbital) | 15 |
| 2/11/15 | 1402 | MO | Walter Storey | 47 | White | 1 White | Lethal Injection | 1-drug (pentobarbital) | 24 |
| 3/11/15 | 1403 | TX | Manuel Vasquez | 46 | Latino | 1 Latino | Lethal Injection | 1-drug (pentobarbital) | 16 |
| 3/17/15 | 1404 | MO | Cecil Clayton | 74 | White | 1 White | Lethal Injection | 1-drug (pentobarbital) | 18 |
| 4/9/15 | 1405 | TX | Kent Sprouse | 42 | White | 1 White, 1 Latino | Lethal Injection | 1-drug (pentobarbital) | 11 |
| 4/14/15 | 1406 | MO | Andre Cole | 52 | Black | 1 Black | Lethal Injection | 1-drug (pentobarbital) | 14 |
| 4/15/15 | 1407 | TX | Manuel Garza | 34 | Latino | 1 Latino | Lethal Injection | 1-drug (pentobarbital) | 13 |
| 5/12/15 | 1408 | TX | Derrick Charles | 32 | Black | 3 Black | Lethal Injection | 1-drug (pentobarbital) | 12 |
| 6/3/15 | 1409 | TX | Lester Bower | 67 | White | 4 White | Lethal Injection | 1-drug (pentobarbital) | 31 |
| 6/9/15 | 1410 | MO | Richard Strong | 48 | Black | 2 Black | Lethal Injection | 1-drug (pentobarbital) | 12 |
| 6/18/15 | 1411 | TX | Gregory Russeau | 45 | Black | 1 White | Lethal Injection | 1-drug (pentobarbital) | 14 |
| 7/14/15 | 1412 | MO | David Zink | 55 | White | 1 White | Lethal Injection | 1-drug (pentobarbital) | 11 |

The three-drug protocol typically begins with an anesthetic or sedative, followed by pancuronium bromide to paralyze the inmate and potassium chloride to stop the inmate's heart. The first drug used varies by state and is listed above for each execution.

ƒ female
* volunteer - an inmate who waived ordinary appeals that remained at the time of his or her execution
~ foreign national
¥ white defendant executed for murder of black victim

**Return to Executions in the United States**


PLAINTIFFS EXHIBIT P-1

EXHIBIT NO. P-1
CAUSE NO. 3:15CV295 HTW.LRA
WITNESS _____
CLERK: TWANA SUMMERS

JUN 29 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Cherie Bond, REPORTER