IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICHARD JORDAN and RICKY CHASE** *Plaintiffs*

**THOMAS EDWIN LODEN, JR.** *Intervenor*

vs.   No. 3:15-cv-00295-HTW-LRA

**MARSHALL L. FISHER, Commissioner,** *Defendants*
Mississippi Department of Corrections, in
his Official Capacity; **EARNEST LEE**
Superintendent, Mississippi State Penitentiary,
in his Official Capacity; **THE MISSISSIPPI
STATE EXECUTIONER**, in his Official
Capacity; an **UNKNOWN EXECUTIONERS**,
in their Official Capacities

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** Wilson Minor, counsel for Defendants Marshall L. Fisher, in his official capacity as Commissioner of the Mississippi Department of Corrections, Earnest Lee, in his official capacity as Superintendent of the Mississippi State Penitentiary, the Mississippi State Executioner, in his official capacity, and Unknown Executioners, in their official capacities, and files this his Notice of Appearance of Counsel. This Notice is filed with this Court to add additional counsel of record for said Defendants.

RESPECTFULLY SUBMITTED this, the 24th day of August, 2015.

BY:   JIM HOOD, ATTORNEY GENERAL
      STATE OF MISSISSIPPI

*s/ Wilson Minor*
WILSON MINOR, MSB No. 102663
SPECIAL ASSISTANT ATTORNEY GENERAL

Civil Litigation Division
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205
Telephone No. (601)359-6279
Facsimile (601) 359-2003
wmino@ago.state.ms.us

**CERTIFICATE OF SERVICE**

This is to certify that I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, have this date caused to be electronically filed the foregoing document with the Clerk of this Court using the ECF system, which sent notification of this filing to the following:

James W. Craig
Emily M. Washington
4400 South Carrollton Ave.
New Orleans, LA 70119

THIS the 24th day of August, 2015.

*s/ Wilson Minor*
Wilson Minor