IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD JORDAN and RICKY CHASE,** | ) |
| **Plaintiffs,** | ) |
| **THOMAS EDWIN LODEN, Jr.,** | ) |
| **Intervenor,** | ) |
| *v.* | ) Civil Action No. 3:15-cv-00295 |
| **MARSHALL L. FISHER, Commissioner, Mississippi Department of Corrections, in his Official Capacity, et al.** | ) |
| **Defendants.** | ) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR MODIFICATION OF SCHEDULING ORDER WITH RESPECT TO DESIGNATION OF EXPERT WITNESSES

THIS DAY THIS CAUSE came on for hearing on Plaintiffs' Motion for Modification of the Scheduling Order with Respect to Designation of Expert Witnesses. The motion seeks a modification of the deadlines for expert disclosures previously established by this Court's Scheduling Order entered on September 10, 2015 (Doc. 49). Having reviewed the motion, the Court finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Scheduling Order entered on September 10, 2015 (Doc. 49), be, and it hereby is, modified as follows:

(a) Plaintiffs and Intervenor shall designate experts by January 15, 2016;

(b) Defendants shall designate experts by February 15, 2016.

IT IS FURTHER ORDERED AND ADJUDGED that all other dates in the Scheduling Order will remain in force.

SO ORDERED AND ADJUDGED, this the 22nd day of December, 2015.


                                                        s/ HENRY T. WINGATE
                                                       UNITED STATES DISTRICT JUDGE

Submitted by:

James W. Craig, MSB # 7798
Emily M. Washington (pro hac vice)
The Roderick & Solange MacArthur Justice Center
4400 South Carrollton Ave.
New Orleans, LA 70119

Counsel for Plaintiffs