AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Richard Jordan, et al.
*Plaintiff*
v.  Civil Action No. 3:15-cv-00295
Marshall L. Fisher, et al.
*Defendant*

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: The Missouri Department of Corrections, c/o Gregory M. Goodwin, Assistant Attorney General

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: The offices of the Missouri Department of Corrections, 2729 Plaza Drive, Jefferson City MO 65102 | Date and Time: 07/07/2016 10:00 am |
|---|---|

The deposition will be recorded by this method: Court Reporter and Videographer

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Exhibit A attached to this subpoena duces tecum

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/31/2016

CLERK OF COURT

_____   OR   /s/ James W. Craig, MS Bar No. 7798
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs Richard Jordan and Ricky Chase _____, who issues or requests this subpoena, are:
James Craig and Emily Washington, 4400 S. Carrollton Avenue, New Orleans LA 70119, Tel: (504) 620-2259

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:15-cv-00295

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ____Missouri Department of Corrections____

on *(date)* _____.

☑ I served the subpoena by delivering a copy to the named individual as follows: by electronic mail to Gregory Goodwin, Assistant Attorney General for the State of Missouri, who agreed to accept service by email on behalf of his client _____ on *(date)* __06/09/2016__ ; or

☐ I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __06/10/2016__

_____
*Server's signature*

James W Craig, Atty for Plaintiffs
*Printed name and title*

4400 S. Carrollton Avenue
New Orleans LA 70119
*Server's address*

Additional information regarding attempted service, etc.: