IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD JORDAN and RICKY CHASE,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| **THOMAS EDWIN LODEN, Jr.,** <br> **and ROGER ERIC THORSON** | ) ) ) ) |
| **Intervenors,** | ) ) |
| v. | ) Civil Action No. 3:15-cv-00295 ) |
| **MARSHALL L. FISHER, Commissioner,** <br> **Mississippi Department of Corrections, in** <br> **his Official Capacity, et al.,** | ) ) ) ) |
| **Defendants.** | ) ) |

## SECOND AMENDED AND SUPPLEMENTAL SCHEDULING ORDER

THIS DAY THIS CAUSE came on for filing on the joint motion of all parties *ore tenus* for the entry of a new Scheduling Order, and this Court being advised that no party objects to the supplemental scheduling set forth below, the Court finds that the joint motion has merit and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:

1. The (non-jury) **TRIAL** of this case shall begin at 9 a.m. on **May 22, 2017** in the courthouse for the United States District Court in Jackson, Mississippi.

2. The deadline for filing all dispositive **MOTIONS** (including *Daubert* motions) is **March 27, 2017**.

1

3. All **DISCOVERY** shall be completed by **March 3, 2017**.

SO ORDERED AND ADJUDGED, this the 31st day of August, 2016.

          s/ HENRY T. WINGATE_____
          UNITED STATES DISTRICT JUDGE