**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **RICHARD JORDAN and RICKY CHASE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **THOMAS EDWIN LODEN, Jr.** ) | |
| **ROGER THORSEN and** ) | |
| **ROBERT SIMON,** ) | |
| ) | |
| **Intervenors** ) | |
| *v.* ) | **Civil Action No. 3:15-cv-00295** |
| ) | |
| ) | |
| **MARSHALL L. FISHER, Commissioner,** ) | |
| **Mississippi Department of Corrections, in** ) | |
| **his Official Capacity; EARNEST LEE,** ) | |
| **Superintendent, Mississippi State** ) | |
| **Penitentiary, in his Official Capacity;** ) | |
| **THE MISSISSIPPI STATE EXECUTIONER,** ) | |
| **in his Official Capacity; and UNKNOWN** ) | |
| **EXECUTIONERS, in their Official Capacities,** ) | |
| ) | |
| **Defendants.** ) | |

## <u>INTERVENOR'S STATUS REPORT</u>

Intervenor Thomas Edwin Loden, Jr., by and through his counsel of record, pursuant to this Court's request for a status report, states the following:

This case is still a live controversy. No settlement is anticipated.

Respectfully submitted,
THOMAS EDWIN LODEN, Jr.

By:     */s/ Stacy Ferraro*
          Stacy Ferraro

Stacy Ferraro
MSB # 100263
239 N. Lamar Street, Suite 604
Jackson, MS   39201
Phone: (601) 576-2322
Email: lifestoryms@gmail.com

Merrida Coxwell
Coxwell & Associates, PLLC
500 North State Street
Jackson, MS 39201
Phone: (601) 948-1600
Fax: (601) 948-7097
Email: merridac@coxwelllaw.com

## CERTIFICATE OF SERVICE

    I certify that I have served a copy of this pleading by filing the same via the Court's ECF system which provides notice to all counsel for all parties in this case on this the 3rd day of March, 2017.


*/s/ Stacy Ferraro*
Stacy Ferraro