IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD JORDAN and RICKY CHASE,** | **Plaintiffs,** |
| **THOMAS EDWIN LODEN, Jr.,** | **Intervenor,** |
| **ROGER ERIC THORSON,** | **Intervenor,** |
| **VS.** | **CIVIL ACTION NO.: 3:15-cv-00295** |
| **MARSHALL L. FISHER, Commissioner, Mississippi Department of Corrections, in his Official Capacity; EARNEST LEE, Superintendent, Mississippi State Penitentiary, in his Official Capacity; THE MISSISSIPPI STATE EXECUTIONER, in his Official Capacity; and UNKNOWN EXECUTIONERS, in their Official Capacities** | **Defendants** |

**ORDER**

On July 27, 2017, this Court held a status conference to determine the posture of this matter and how the parties wished to proceed. The Court, after hearing brief argument on several matters, decided that the best way to proceed with this matter was through motion practice.

IT IS THEREFORE ORDERED that Plaintiffs and Intervenors shall be allowed fourteen (14) days from the date of this order to file a Motion to Compel, a Motion for Leave to File an Amended Complaint, and a Motion to Extend the Discovery Deadline.

IT IS ALSO ORDERED that Defendants shall be allowed fourteen (14) days from the date of this order to file any such motion as they deem necessary in this matter.

SO ORDERED, this the   31st   day of   July   2017.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE