## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**RICHARD JORDAN and RICKY CHASE**                                    *Plaintiffs*

**THOMAS EDWIN LODEN, JR.,**
**ROGER ERIC THORSON, and**
**ROBERT SIMON, JR.**

                                                                      *Intervenors*

*vs.*                                               **No.  3:15-cv-00295-HTW-LRA**

**PELICIA HALL, Commissioner,**
**Mississippi Department of Corrections, in**
**her Official Capacity; EARNEST LEE**
**Superintendent, Mississippi State Penitentiary,**
**in his Official Capacity; THE MISSISSIPPI**
**STATE EXECUTIONER, in his Official**
**Capacity; an UNKNOWN EXECUTIONERS,**
**in their Official Capacities**                                      *Defendants*

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER

COME NOW Defendants Pelicia Hall,[1] in her official capacity as Commissioner of the

Mississippi Department of Corrections ("MDOC"), Earnest Lee, the Superintendent of the

Mississippi State Penitentiary, and the Mississippi State Executioner, and respectfully submit their

Motion for Protective Order.

1.      For the reasons described in Defendants' Memorandum of Authorities which is

being filed contemporaneously herewith, this Court should enter a protective order forbidding any

and all disclosure or discovery of (1) the identities of MDOC's lethal injection drug suppliers, or any

information, document, or tangible thing that could be used to identify such suppliers; and (2) the

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Pelicia Hall was automatically substituted as a Defendant
when she succeeded Marshall Fisher as the Commissioner of the Mississippi Department of Corrections.

identities of any person who have played, or in the future may play, any role in the procurement, purchase, custody, transportation, and/or storage of lethal injections drugs, or any information, document, or tangible thing that could be used to identify such persons.

In support of their Motion, Defendants rely in part on the following, which are attached hereto as exhibits:

Exhibit A      Declaration of Supplier 1;

Exhibit B      Defendants' Responses and Objections to Plaintiffs' Second Set of Interrogatories;

Exhibit C      Defendants' Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents;

Exhibit D      Defendants' Second Supplemental Privilege Log;

Exhibit E      Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories;

Exhibit F      Defendants' Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents;

Exhibit G      Plaintiffs' July 10, 2017 Good Faith Letter;

Exhibit H      Defendants' July 19, 2017 Email in Response to Plaintiffs' Good Faith Letter;

Exhibit I      Good Faith Certificate Executed by Plaintiffs' Counsel;

Exhibit J      *The Roderick & Solange MacArthur Justice Center, et al. v. Mississippi Department of Corrections*, Chancery Court of Hinds County, Case No. 25CH1:14-cv-000261, Plaintiffs' Reply in Opposition to Defendants' Counterclaim, Doc. 11;

Exhibit K      Tracy Connor, *Mississippi Death Row Inmate Michelle Byrom Challenges Drugs*, NBC News (Mar. 28, 2014);

Exhibit L      *Michelle Byrom, et al. v. Christopher Epps, et al.*, Chancery Court of Hinds County, Civil Action No. 25CH1:14-cv-424, Subpoenas to and Returns from Drug Suppliers;

-2-

Exhibit M    *Missouri Dept. of Corr. v. Richard Jordan, et al.*, W.D. Mo., No. 2:16-MC-9005, Suggestions in Support of Motion to Quash Non-Party Subpoena, Doc. 3;

Exhibit N    *Georgia Dept. of Corr. v. Richard Jordan, et al.*, N.D. Ga., No. 1:16-cv-02582-RWS-JCF, Georgia Department of Corrections' Motion to Quash, Memorandum of Law in Support, and Objections to Specific Requests, Doc. 1;

Exhibit O    *In re: Virginia Department of Corrections*, E.D. Va., No. 3:17-MC-00002, Memorandum in Support of Motion to Quash, Doc. 2;

Exhibit P    Declaration of M7;

Exhibit Q    *McGehee v. Hutchinson*, E. Dist. Ark, No. 4:17-cv-179-KGB, Brief in Support of Motion for Leave to File *Amicus* Brief, Doc. 43;

Exhibit R    Declaration of J. Lawrence Cunningham;

Exhibit S    *Georgia Dept. of Corr. v. Richard Jordan, et al.*, N.D. Ga., No. 1:16-cv-02582-RWS-JCF, Order Granting Motion to Quash, Doc. 15;

Exhibit T    *Georgia Dept. of Corr. v. Richard Jordan, et al.*, N.D. Ga., No. 1:16-cv-02582-RWS-JCF, Order Overruling Plaintiffs' Objections to Order Granting Motion to Quash, Doc. 18;

Exhibit U    *In re: Richard Jordan et al.*, 11th Cir., Appeal No. 17-10738-F, Order denying Petitioners' Corrected Petition for Mandamus

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court GRANT their Motion for Protective Order.

Respectfully submitted, this the 14th day of August, 2017.

**JIM HOOD**
ATTORNEY GENERAL
STATE OF MISSISSIPPI


By:    s/Wilson Minor
       Jason L. Davis, MSB No. 102157
       Paul E. Barnes, MSB No. 99107
       Wilson Minor, MSB No. 102663

SPECIAL ASSISTANT ATTORNEYS GENERAL
ATTORNEYS FOR DEFENDANTS

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-6279
Telefax: (601) 359-2003
wmino@ago.state.ms.us

## CERTIFICATE OF SERVICE

This is to certify that I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, have electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

James W. Craig
Emily M. Washington
RODERICK AND SOLANGE
MACARTHUR JUSTICE CENTER
4400 South Carrollton Ave.
New Orleans, LA 70119
jim.craig@macarthurjustice.org
emily.washington@macarthurjustice.org
ATTORNEYS FOR PLAINTIFFS
RICHARD JORDAN AND RICKY CHASE

Stacy Ferraro
STACY FERRARO, ATTORNEY AT LAW
239 N. Lamar Street, Ste. 604
Jackson, MS 39201
lifestoryms@gmail.com
ATTORNEY FOR INTERVENOR-
PLAINTIFF THOMAS EDWIN LODEN, Jr.

James Davis
Law Office of Jim Davis

1904 24th Avenue
Gulfport, MS 39502
JamesLDavisIII@aol.com

Richard F. Klawiter
Matt Klepper
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293

Nicholas F. Aldrich, Jr.
Schwabe, Williamson & Wyatt, P.C.
1211 SW Fifth Ave., Suite 1900
Portland, Oregon 97204
ATTORNEYS FOR INTERVENOR
ROGER ERIC THORSON

Sibyl Byrd
McDuff & Byrd
767 N. Congress St.
Jackson, MS 39202

Vanessa Carroll
1055 St. Charles Ave., Suite 505
New Orleans, LA 70130
ATTORNEYS FOR INTERVENOR
ROBERT SIMON, JR.

This the 14th day of August, 2017.


s/Wilson Minor
Wilson Minor