IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICHARD JORDAN and RICKY CHASE** *Plaintiffs*

**THOMAS EDWIN LODEN, JR.,
ROGER ERIC THORSON, and
ROBERT SIMON, JR.** *Intervenors*

*vs.* No. 3:15-cv-00295-HTW-LRA

**PELICIA HALL, Commissioner,
Mississippi Department of Corrections, in
her Official Capacity; EARNEST LEE
Superintendent, Mississippi State Penitentiary,
in his Official Capacity; THE MISSISSIPPI
STATE EXECUTIONER, in his Official
Capacity; an UNKNOWN EXECUTIONERS,
in their Official Capacities** *Defendants*

## DEFENDANTS' SECOND SUPPLEMENTAL PRIVILEGE LOG

Defendants have withheld from their document production in this matter the following documents, or have instead produced redacted copies of these documents, which are privileged, confidential or otherwise immune from discovery:[1]

---

[1] Institutional Security/Section 99-19-51: For reasons of institutional security, including the safety and/or well-being of MDOC employees and/or agents responsible for the procurement, transportation, storage, inventory and control of stocks of lethal injection drugs; the persons or entities supplying lethal injection drugs to MDOC; as well as the State Executioner and members of the Execution Team; the names of all such persons or entities, the lot numbers of the specific drugs included in the inventory, and any other information which might identify a specific individual or entity has been redacted. Disclosure of the unredacted information could subject the affected individuals or entities to annoyance, embarrassment, oppression, harassment, retaliation including potentially endangering the safety and/or well being of such persons or entities, and/or impacting institutional security at MDOC facilities, and/or impacting the ability of the State to obtain drugs necessary for carrying out executions. Further, the identities of these individuals or entities are protected from disclosure by Miss. Code Ann. § 99-19-51. In this privilege log, for purposes of conserving space, hereinafter these grounds for protection/privilege shall simply be referred to by the phrases "Institutional Security" and "Section 99-19-51."



| Name of Document | Date | Author(s)/ Recipients | Type of Document | Basis of Privilege or Protection |
|---|---|---|---|---|
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001094 | 6/3/16 | Unidentified MDOC Supply Clerk(s)/Administrators | Form with details of inventory of Midazolam Injection at the Mississippi State Penitentiary ("MSP") as of 6/3/16 | Institutional Security Section 99-19-51 |
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001095 | 5/4/17 | Unidentified MDOC Supply Clerk(s)/Administrators | Form with details of inventory of Midazolam Injection at the Mississippi State Penitentiary ("MSP") as of 5/4/17 | Institutional Security Section 99-19-51 |
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001096 | 5/4/17 | Unidentified MDOC Supply Clerk(s)/Administrators | Form with details of inventory of Midazolam Injection at the Mississippi State Penitentiary ("MSP") as of 5/4/17 | Institutional Security Section 99-19-51 |
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001097 | 5/4/17 | Unidentified MDOC Supply Clerk(s)/Administrators | Form with details of inventory of Midazolam Injection at the Mississippi State Penitentiary ("MSP") as of 5/4/17 | Institutional Security Section 99-19-51 |
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001098 | 6/5/17 | Unidentified MDOC Supply Clerk(s)/Administrators | Form with details of inventory of Midazolam Injection at the Mississippi State Penitentiary ("MSP") as of | Institutional Security Section 99-19-51 |

| | | | 6/5/17 | |
|---|---|---|---|---|
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001099 | 6/3/16 | Unidentified MDOC Supply Clerk(s)/Administrators | Form with details of inventory of Vecuronium Bromide for Injection at the Mississippi State Penitentiary ("MSP") as of 6/3/16 | Institutional Security Section 99-19-51 |
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001100 | 5/4/17 | Unidentified MDOC Supply Clerk(s)/Administrators | Form with details of inventory of Vecuronium Bromide for Injection at the Mississippi State Penitentiary ("MSP") as of 5/4/17 | Institutional Security Section 99-19-51 |
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001101 | 6/5/17 | Unidentified MDOC Supply Clerk(s)/Administrators | Form with details of inventory of Vecuronium Bromide for Injection at the Mississippi State Penitentiary ("MSP") as of 6/5/17 | Institutional Security Section 99-19-51 |
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001102 | 5/4/17 | Unidentified MDOC Supply Clerk(s)/Administrators | Form with details of inventory of Rocuronium Bromide for Injection at the Mississippi State Penitentiary ("MSP") as of 5/4/17 | Institutional Security Section 99-19-51 |
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001103 | 6/5/17 | Unidentified MDOC supply clerk/administrator | Form with details of inventory of Rocuronium Bromide for Injection at the | Institutional Security Section 99-19-51 |

| | | | Mississippi State Penitentiary ("MSP") as of 6/5/17 | |
|---|---|---|---|---|
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001104 | 6/3/16 | Unidentified MDOC supply clerk/administrator | Form with details of inventory of Potassium Chloride at the Mississippi State Penitentiary ("MSP") as of 6/3/16 | Institutional Security Section 99-19-51 |
| FTC/SUPPLY Inventory Form (redacted) Bates No. MDOC 001105 | 6/5/17 | Unidentified MDOC supply clerk/administrator | Form with details of inventory of Potassium Chloride at the Mississippi State Penitentiary ("MSP") as of 6/5/17 | Institutional Security Section 99-19-51 |
| Unit 42 MSP Pharmacy Chemical Room Access Log Bates No. MDOC 001106 | 5/19/17 through 6/5/17 | Unidentified MDOC supply clerk/administrator | Form reflecting access to Pharmacy Chemical Room at the Mississippi State Penitentiary ("MSP") as of 6/5/17 | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs Bates No. MDOC 001246 | 7/6/16 | Author: AG1 Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs (with attachment) Bates No. MDOC 001247-001249 | 7/11/16 | Author: AG1 Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs | 7/11/16 | Author: Supplier 1 Recipient: AG1 | Confidential communication regarding efforts | Institutional Security Section 99-19-51 |

| | | | | |
|---|---|---|---|---|
| Bates No. MDOC 001250 | | | to obtain execution drugs | |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001250 | 7/11/16 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001251 | 7/11/16 | Author: Supplier 1<br>Recipient: AG1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001251 | 7/11/16 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001252 | 7/28/16 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001253 | 8/1/16 | Author: Supplier 1<br>Recipient: AG1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001253 | 8/1/16 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001254 | 8/8/16 | Author: Supplier 1<br>Recipient: AG1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |

| | | | | |
|---|---|---|---|---|
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001254 | 11/29/16 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001255 | 1/31/17 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 01256 | 2/21/17 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001257 | 4/17/17 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001258 | 4/24/17 | Author: Supplier 1<br>Recipient: AG1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001258 | 4/25/17 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001259 | 4/26/17 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain | 4/27/17 | Author: AG1<br>Recipient: | Confidential communication | Institutional Security Section 99-19-51 |

| drugs<br>Bates No. MDOC 001260 | | Supplier 1 | regarding efforts to obtain execution drugs | |
| --- | --- | --- | --- | --- |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 001261 | 5/1/17 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs (with attachment)<br>Bates No. MDOC 01262, 01264 | 5/11/17 | Author: Supplier 1<br>Recipient: AG1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 01262 | 5/12/17 | Author: AG1<br>Recipient: Supplier 1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |
| Email: re: status of efforts to obtain drugs<br>Bates No. MDOC 01263 | 5/12/17 | Author: Supplier 1<br>Recipient: AG1 | Confidential communication regarding efforts to obtain execution drugs | Institutional Security Section 99-19-51 |

RESPECTFULLY SUBMITTED, this the 26th day of June, 2017.

By: **JIM HOOD**
ATTORNEY GENERAL
STATE OF MISSISSIPPI

By: *Wilson Minor*
Jason L. Davis, MSB No. 102157
Paul E. Barnes, MSB No. 99107
Wilson Minor, MSB No. 102663
SPECIAL ASSISTANT ATTORNEYS GENERAL
ATTORNEYS FOR DEFENDANTS

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-6279
Telefax: (601) 359-2003
wmino@ago.state.ms.us

**CERTIFICATE OF SERVICE**

This is to certify that I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, sent a copy of the foregoing document via U.S. Mail to the following counsel of record:

James W. Craig
Emily M. Washington
RODERICK AND SOLANGE
MACARTHUR JUSTICE CENTER
4400 South Carrollton Ave.
New Orleans, LA 70119
jim.craig@macarthurjustice.org
emily.washington@macarthurjustice.org
ATTORNEYS FOR PLAINTIFFS
RICHARD JORDAN AND RICKY CHASE

Stacy Ferraro
STACY FERRARO, ATTORNEY AT LAW
239 N. Lamar Street, Ste. 604
Jackson, MS 39201
lifestoryms@gmail.com
ATTORNEY FOR INTERVENOR
THOMAS EDWIN LODEN, Jr.

James Davis
Law Office of Jim Davis
1904 24th Avenue
Gulfport, MS 39502
JamesLDavisIII@aol.com

Richard F. Klawiter
Matt Klepper
DLA Piper LLP (US)

-8-

203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293

Nicholas F. Aldrich, Jr.
Schwabe, Williamson & Wyatt, P.C.
1211 SW Fifth Ave., Suite 1900
Portland, Oregon 97204
ATTORNEYS FOR INTERVENOR
ROGER ERIC THORSON

Sibyl Byrd
McDuff & Byrd
767 N. Congress St.
Jackson, MS 39202

Vanessa Carroll
1055 St. Charles Ave., Suite 505
New Orleans, LA 70130
ATTORNEYS FOR INTERVENOR
ROBERT SIMON, JR.

This the 26th day of June, 2017.

                                       Wilson Minor