Form 4 (ND/SD Miss. Dec. 2011)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

RICHARD JORDAN, ET AL.

        Plaintiffs

v.                           Civil Action No.
                              3:15-cv-00295

PELICIA HALL, ET AL.

        Defendants

### GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion: DEFENDANTS' MOTION FOR PROTECTIVE ORDER.

Counsel further certify that:

✔ as appropriate:

    \_\_\_\_    1.    The motion is unopposed by all parties.

    X    2.    The motion is unopposed by: all Defendants

    X    3.    The motion is opposed by: Plaintiffs' Richard Jordan and Ricky Chase

    X    4.    The parties agree that replies and rebuttals to the motion will be submitted to the magistrate judge in accordance with the time limitations stated in L.U.Civ.P. 7(b)(4).



EXHIBIT I

FORM 4 (ND/SD MISS. DEC. 2011)

This the   20th   day of   JULY                         2017.

_____
Signature of Plaintiff's Attorney

JAMES CRAIG, MSB NO. 7798
Typed Name and Bar Number

_____
Signature of Defendant's Attorney

PAUL E. BARNES, MSB NO. 99107
Typed Name and Bar Number