IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

|  |  |
|---|---|
| In re: Missouri Department of Corrections. | Case No. 16-3072<br><br>Related Cases:<br><br>W.D. Mo.: 2:16-MC-09005<br><br>S.D. Miss.: 3:15-CV-00295 |

## DECLARATION OF M7

I, M7, declare the following:

1. I am over the age of 18 and am competent to make this Declaration.

2. M7 is a supplier of lethal chemicals to the Missouri Department of Corrections ("Department").

3. M7's decision to provide lethal chemicals to the Department was based on M7's political views on the death penalty, and not based on economic reasons.

4. M7's decision to supply lethal chemicals anonymously arises out of M7's fear of harassment and retaliation, both physical and financial, if M7's identity is released.

5. Specifically, M7 fears that if its identity is disclosed to the public, death penalty opponents will seek physical and/or economic harm on M7.



EXHIBIT A1

Appellate Case: 16-3072     : 09/23/2016 Entry ID: 4451561

6. M7's fears described above are based, in part, on M7's awareness of documented reports of physical threats, harassment, and economic reprisals and boycotts, including the information contained in Exhibits 1 through 17 attached hereto.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2016.

_____
M7

2