IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


**RICHARD JORDAN and RICKY CHASE**                    *Plaintiffs*

**THOMAS EDWIN LODEN, JR.,**
**ROGER ERIC THORSON, and**
**ROBERT SIMON, JR.**

                                                      *Intervenors*

*vs.*                               **No.   3:15-cv-00295-HTW-LRA**

**PELICIA HALL, Commissioner,**
**Mississippi Department of Corrections, in**
**her Official Capacity; EARNEST LEE**
**Superintendent, Mississippi State Penitentiary,**
**in his Official Capacity; THE MISSISSIPPI**
**STATE EXECUTIONER, in his Official**
**Capacity; an UNKNOWN EXECUTIONERS,**
**in their Official Capacities**                      *Defendants*


### ORDER GRANTING DEFENDANTS' OPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME

The Court, having considered Defendants' Opposed Emergency Motion for Extension of

Time [Doc. 132] and having heard oral argument regarding same on Friday, August 25, 2017, finds

that the motion is well-taken and should be, and hereby is, GRANTED.

Accordingly, it is hereby ORDERED:

1.      The parties shall have an additional fourteen (14) days, through and including

        September 11, 2017, to file responses and memorandum briefs to the following

        motions filed by the parties on August 14, 2017: Defendants' Motion for Protective

        Order [Doc. 125], Plaintiffs' Motion to Compel [Doc. 127], Plaintiffs' Second Motion

        to Amend/Correct Complaint [Doc. 129], and Plaintiffs' Motion to Amend/Correct

        Order on Motion to Extend Deadline for Discovery [Doc. 130];

2.      The parties shall file their rebuttal memorandum briefs in connection with these

        motions on or before September 21, 2017;

3.      The page limit provided in L. U. Civ. R. 7(b)(5) is increased to forty-five (45) pages

        for each of these motions, such that the movants' original and rebuttal memorandum

        briefs may not exceed a total of forty-five (45) pages, and respondents' memorandum

        brief may not exceed forty-five (45) pages;

3.      The discovery deadline is hereby extended until October 5, 2017;

4.      The deposition notices filed by Plaintiffs [Doc. 134, Doc. 135, and Doc. 136] shall be

        quashed, without prejudice, pending the Court's rulings on the pending motions

        described in paragraph 1 [Doc. 125, Doc. 127, Doc. 129, and Doc. 130];

5.      The Court shall reserve its decision whether to permit any depositions or discovery

        concerning the information asserted by Defendants in their Motion for Protective

        Order [Doc. 125] to be confidential, and asserted by Plaintiffs in their Motion to

        Compel [Doc. 127] to be discoverable, until the Court has ruled on those motions.

SO ORDERED this the __6th__ day of __September_____, 2017.


                                _s/ HENRY T. WINGATE_____
                                HENRY T. WINGATE
                                UNITED STATES DISTRICT JUDGE

**Proposed Order Submitted By:**

PAUL E. BARNES, MSB No.    99107
WILSON MINOR, MSB No. 102663
SPECIAL ASSISTANT ATTORNEYS GENERAL
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, MS 39205
Telephone No.:    (601) 359-4072
Facsimile No.: (601) 359-2003
pbarn@ago.state.ms.us
wmino@ago.state.ms.us