IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICHARD JORDAN and RICKY CHASE**                                    *Plaintiffs*

**THOMAS EDWIN LODEN, JR.,**
**ROGER ERIC THORSON, and**
**ROBERT SIMON, JR.**
                                                                       *Intervenors*

*vs.*                                                   No. 3:15-cv-00295-HTW-LRA

**PELICIA HALL, Commissioner,**
**Mississippi Department of Corrections, in**
**her Official Capacity; EARNEST LEE**
**Superintendent, Mississippi State Penitentiary,**
**in his Official Capacity; THE MISSISSIPPI**
**STATE EXECUTIONER, in his Official**
**Capacity; an UNKNOWN EXECUTIONERS,**
**in their Official Capacities**                                      *Defendants*

## DEFENDANTS' SUPPLEMENT TO MOTION FOR PROTECTIVE ORDER

COME NOW Defendants Pelicia Hall,[1] in her official capacity as Commissioner of the

Mississippi Department of Corrections ("MDOC"), Earnest Lee, the Superintendent of the

Mississippi State Penitentiary, and the Mississippi State Executioner, and respectfully supplement

their Motion for Protective Order [Doc. 125] with the following additional exhibits:

Exhibit V    Updated redacted lethal injection drug inventories and logs (MDOC #1265-MDOC #1289;

Exhibit W    Email from ASCA to Pelicia Hall dated 8/9/17 (MDOC #1290-MDOC #1291);

Exhibit X    Letter from Pelicia Hall to Kevin Kempf dated 8/7/17 (MDOC #1294);

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Pelicia Hall was automatically substituted as a Defendant when she succeeded Marshall Fisher as the Commissioner of the Mississippi Department of Corrections.

| | |
|---|---|
| Exhibit Y | Redacted Memorandum from Pelicia Hall to File dated 8/15/17 regarding "Discussion Regarding Availability of Pentobarbital"; |
| Exhibit Z | Defendants' Supplemental Responses to Plaintiffs' Interrogatories; |
| Exhibit AA | Defendants' Supplemental Responses to Plaintiffs' Requests for Production; |
| Exhibit BB | Defendants' Third Supplemental Privilege Log. |

Respectfully submitted, this the 5th day of October, 2017.

**PELICIA HALL, in her official capacity as Commissioner of the Mississippi Department of Corrections, EARNEST LEE, in his official capacity as Superintendent of the Mississippi State Penitentiary, THE MISSISSIPPI STATE EXECUTIONER, in his official capacity, and UNKNOWN EXECUTIONERS, in their official capacities**

**BY:   JIM HOOD, ATTORNEY GENERAL**

By:    *s/Paul E. Barnes*
           Jason L. Davis, MSB No. 102157
           Paul E. Barnes, MSB No. 99107
           Wilson Minor, MSB No. 102663
           SPECIAL ASSISTANT ATTORNEYS GENERAL
           ATTORNEYS FOR DEFENDANTS

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-4072
Telefax: (601) 359-2003
pbarn@ago.state.ms.us

**CERTIFICATE OF SERVICE**

      This is to certify that I, Paul Barnes, Special Assistant Attorney General for the State of Mississippi, have electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

James W. Craig
Emily M. Washington
RODERICK AND SOLANGE
MACARTHUR JUSTICE CENTER
4400 South Carrollton Ave.
New Orleans, LA 70119
jim.craig@macarthurjustice.org
emily.washington@macarthurjustice.org
ATTORNEYS FOR PLAINTIFFS
RICHARD JORDAN AND RICKY CHASE

Stacy Ferraro
STACY FERRARO, ATTORNEY AT LAW
239 N. Lamar Street, Ste. 604
Jackson, MS 39201
lifestoryms@gmail.com
ATTORNEY FOR INTERVENOR-
PLAINTIFF THOMAS EDWIN LODEN, Jr.

James Davis
Law Office of Jim Davis
1904 24th Avenue
Gulfport, MS 39502
JamesLDavisIII@aol.com

Richard F. Klawiter
Matt Klepper
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293

Nicholas F. Aldrich, Jr.
Schwabe, Williamson & Wyatt, P.C.
1211 SW Fifth Ave., Suite 1900
Portland, Oregon 97204
ATTORNEYS FOR INTERVENOR
ROGER ERIC THORSON

Sibyl Byrd
McDuff & Byrd
767 N. Congress St.
Jackson, MS 39202

Vanessa Carroll
1055 St. Charles Ave., Suite 505
New Orleans, LA 70130
ATTORNEYS FOR INTERVENOR
ROBERT SIMON, JR.

This the 5th day of October, 2017.

                                                *s/Paul Barnes*
                                                Paul E. Barnes