03/01/2017 WED 12:32  FAX                                                    ☒002/005

## UNIT 42 MSP PHARMACY CHEMICAL ROOM ACCESS LOG

| Person/Entering | Date | Time In | Time Out | Purpose of Entry |
|---|---|---|---|---|
| ███████████ | 0/4/17 | 0813 | 0817 | Return Log |
| ███████████ | 1-4-17 | 0813 | 0817 | Retrieve Log |
| ███████████ | 2/3/17 | 1050 | 1100 | Inventory |
| ███████████ | 2-3-17 | 1050 | 1100 | Inventory |
| ███████████ | 3-1-17 | 1200 | 1210 | Inventory |
| ███████████ | 3-1-17 | 1201 | 1210 | INVentory |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



EXHIBIT
V

MDOC001265

03/01/2017 WED 12:32  FAX                                           ☑003/005

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM

Product Name: __Midazolam Injection__  Location: __Mississippi State Penitentiary__

10 Vials Per Box @10ml per vial          MSDS Sheet: _✗_ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|---|---|---|---|---|---|---|
| 1-7-16 | 290 | 0 | 0 | 290 | Inventory | |
| 2-12-16 | 290 | 0 | 0 | 290 | Inventory | |
| 3/1/16 | 290 | 0 | 0 | 290 | Dimitry | |
| 4/1/16 | 290 | 0 | 0 | 290 | Dudley | |
| 5-3-16 | 290 | 0 | 0 | 290 | Inventory | |
| 6-3-16 | 290 | 0 | 0 | 290 | Inventory | |
| 7-5-16 | 290 | 0 | 0 | 290 | Inventory | |
| 8/1/16 | 290 | 0 | 0 | 290 | Inventory | |
| 9-1-16 | 290 | 0 | 0 | 290 | Inventory | |
| 10-5-16 | 290 | 0 | 0 | 290 | Inventory | |
| 11-2-16 | 290 | 0 | 0 | 290 | Inventory | |
| 12-2-16 | 290 | 0 | 0 | 290 | Inventory | |
| 1/3/2017 | 290 | 0 | 0 | 290 | Inventory | |
| 2/3/2017 | 290 | 0 | 0 | 290 | Dudley | |
| 3-1-2017 | 290 | 0 | 0 | 290 | Inventory | |

08/02                                                    S.O.P. 17.02.01

MDOC001266

05/01/2017 WED 12:33   FAX                                    ☑004/005

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM

Product Name: Vecuronium Bromide for Injection   Location: Mississippi State Penitentiary

10mg                                    MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|------|---------------|---------------|-----------------|-------------|------------------------|------------------------|
| 1/7/16 | 0 | 0 | 0 | 0 | Inventory | |
| 2/17/16 | 0 | 0 | 0 | 0 | Inventory | |
| 3/1/16 | 0 | 0 | 0 | 0 | Inventory | |
| 4/1/16 | 0 | 0 | 0 | 0 | Inventory | |
| 5-3-16 | 0 | 0 | 0 | 0 | Inventory | |
| 6-3-16 | 0 | 0 | 0 | 0 | Inventory | |
| 7-5-16 | 0 | 0 | 0 | 0 | Inventory | |
| 8-1-16 | 0 | 0 | 6 | 0 | Inventory | |
| 9-1-16 | 0 | 0 | 0 | 0 | Inventory | |
| 10-5-16 | 0 | 0 | 0 | 0 | Inventory | |
| 11-3-16 | 0 | 0 | 0 | 0 | Inventory | |
| 12-2-16 | 0 | 0 | 0 | 0 | Inventory | |
| 1-3-17 | 0 | 0 | 0 | 0 | Inventory | |
| 2/3/17 | 0 | 0 | 0 | 0 | Inventory | |
| 3-1-17 | 0 | 0 | 0 | 0 | Inventory | |
| | | | | | | |
| | | | | | | |

08/02                                          S.O.P. 17.02.01

MDOC001267

## MISSISSIPPI STATE PENITENTIARY
# FTC/SUPPLY INVENTORY FORM

Product Name: **Potassium Chloride**   Location: **Mississippi State Penitentiary**

20mEq, 10 mL                          MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|---|---|---|---|---|---|---|
| 1/7/16 | 0 | 0 | 0 | 0 | Dunlap | |
| 2/7/16 | 0 | 0 | 0 | 0 | Dunlap | |
| 3/1/16 | 0 | 0 | 0 | 0 | Dunlap | |
| 4/6/16 | 0 | 0 | 0 | 0 | Dunlap | |
| 5-3-16 | 0 | 0 | 0 | 0 | Inventory | |
| 6-3-16 | 0 | 0 | 0 | 0 | Inventory | |
| 7-5-16 | 0 | 0 | 0 | 0 | Inventory | |
| 8/4/16 | 0 | 0 | 0 | 0 | Inventory | |
| 9-1-16 | 0 | 0 | 0 | 0 | Inventory | |
| 10-5-16 | 0 | 0 | 0 | 0 | Inventory | |
| 11-2-16 | 0 | 0 | 0 | 0 | Inventory | |
| 12-2-16 | 0 | 0 | 0 | 0 | Inventory | |
| 1-3-17 | 0 | 0 | 0 | 0 | Inventory | |
| 1/3/17 | 0 | 0 | 0 | HB | Mashta | |
| 2/3/17 | 0 | 0 | 0 | 0 | Dunlap | |
| 3-1-17 | 0 | 0 | 0 | 0 | Inventory | |

08/02                                              S.O.P. 17.02.01

## UNIT 42 MSP PHARMACY CHEMICAL ROOM ACCESS LOG

| Person Entering | Date | Time In | Time Out | Purpose of Entry |
|---|---|---|---|---|
| | 5-19-17 | 0916 | 0927 | Check Ref. temp |
| | 5-19-17 | 0916 | 0927 | Check Ref. temp |
| | 5-22-17 | 1144 | 1156 | Check Ref. temp |
| | 5-22-17 | 1144 | 1156 | Check Ref. temp |
| | 5-23-17 | 0936 | 0949 | Check Ref. temp |
| | 5-23-17 | 0936 | 0949 | Check Ref. temp |
| | 6-5-17 | 1100 | 1136 | Inventory |
| | 6-5-17 | 1100 | 1136 | Inventory |
| | 7-5-17 | 1452 | 1515 | Inventory |
| | 7-5-17 | 1453 | 1515 | Inventory |
| | 8-7-17 | 1509 | 1545 | Inventory |
| | 8-7-17 | 1509 | 1545 | Inventory |
| | 8-9-17 | 1038 | 1109 | Inventory |
| | 8-9-17 | 1038 | 1109 | Inventory |
| | 9-1-17 | 11:27 | 11:46 | Inventory |
| | 9-1-17 | 11:27 | 11:46 | Inventory |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

09/01/2017 FRI 13:18  FAX                                                    ☒003/007

## Chemical Expiration Dates:

| | Date of Expiration | Amount | Lot Number | Inventory Date |
|---|---|---|---|---|
| Midazolam Injection (10ml) | 05/2017 | 290 | ███ | 9/1/2017 |
| Midazolam Injection | 06/2018 | 80 | ███ | 9/1/2017 |
| Vecuronium Bromide (20mg) | 01/2018 | 06 | ███ | 9/1/2017 |
| Rocuronium Bromide (100mg/10ml) | 09/2019 | 20 | ███ | 9/1/2017 |
| Potassium Chloride (20mEq/10ml) | 05/2018 | 17 | ███ | 9/1/2017 |
| | | | | |
| | | | | |

CONFIDENTIAL

MDOC001270

09/01 2017 FRI 13:18  FAX                                                  图004/007

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM

Product Name: __Midazolam Injection__ Location: __Mississippi State Penitentiary__

10 Vials Per Box @10ml per vial                MSDS Sheet: ____ Yes ____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY |
|------|------|------|------|------|------|------|
| 6.5.17 | 370 | 0 | 0 | 370 | Inventory | ███████ |
| 7.6.17 | 370 | 0 | 0 | 370 | Inventory | ███████ |
| 8.7.17 | 370 | 0 | 0 | 370 | Inventory | ███████ |
| 9.1.17 | 370 | 0 | 0 | 370 | Inventory | ███████ |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

08/02                                                        S.O.P. 17 02 0

CONFIDENTIAL

MDOC001271

09/01/2017 FRI 13:19  FAX                                                                    @005/007

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM

*Vecuronium Bromide*

Product Name: *for Injection* _____ Location: _MS State Penitentiary_

*20 mg*

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|------|---------------|---------------|-----------------|-------------|------------------------|------------------------|
| 5/4/17 | 0 | 0 | 6 | 6 | | |
| 5/9/17 | 6 | 0 | 6 | 6 | | |
| 5/9/17 | 6 | 0 | 0 | 6 | | |
| 6.5.17 | 6 | 0 | 0 | 6 | | |
| 7.5.17 | 6 | 0 | 0 | 6 | | |
| 8.7.17 | 6 | 0 | 0 | 6 | | |
| 9.1.17 | 6 | 0 | 0 | 6 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

09/02                                                              S.O.P. 17.07.01

CONFIDENTIAL

MDOC001272

05/01/2017 PRI 13:19   FAX                                    @006/007

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM

Product Name: Potassium Chloride   Location: Mississippi State Penitentiary

20mEq, 10 mL                                    MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|------|--------------|---------------|-----------------|-------------|------------------------|------------------------|
| 5-12-17 | 0 | 0 | 17 | 17 | | |
| 5-12-17 | 17 | 0 | 0 | 17 | | |
| 6-5-17 | 17 | 0 | 0 | 17 | | |
| 7-5-17 | 17 | 0 | 0 | 17 | | |
| 8-7-17 | 17 | 0 | 0 | 17 | | |
| 9-1-17 | 17 | 0 | 0 | 17 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

08/02                                            SOP 17.02.01

CONFIDENTIAL
MDOC000263

08/01, 2017 FRI 13:12   FAX                                                    ☒007/007

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM

Product Name: _Racuronium Bromide Injection 100mg/vial_   Location: _MS Work Penitentiary_

MSDS Sheet. _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|---|---|---|---|---|---|---|
| 5/4/17 | 0 | 0 | 20 | 20 | | |
| 5/4/17 | 20 | -0- | 20 | 20 | | |
| 5/4/17 | 20 | 0 | 0 | 20 | | |
| 10.5.17 | 20 | 0 | 0 | 20 | | |
| 7.5.17 | 20 | 0 | 0 | 20 | | |
| 8.7.17 | 20 | 0 | 0 | 20 | | |
| 9.1.17 | 20 | 0 | 0 | 20 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

08/02                                                         S.O P. 17 02.01



CONFIDENTIAL
MDOC001274

08/09/2017 WED 12:05   FAX                                              ☒007/107

# MISSISSIPPI STATE PENITENTIARY
# FTC/SUPPLY INVENTORY FORM

Product Name: Potassium Chloride   Location   Mississippi State Penitentiary

20mEq, 10 mL                                MSDS Sheet ____ Yes ____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|------|---------------|---------------|-----------------|-------------|------------------------|------------------------|
| 5-12-17 | 0 | 0 | 17 | 17 | ███████████ | ███████████ |
| 5-12-17 | 17 | 0 | 0 | 17 | Inventory | ███████████ |
| 6-5-17 | 17 | 0 | 0 | 17 | Inventory | ███████████ |
| 7-5-17 | 17 | 0 | 0 | 17 | Inventory | ███████████ |
| 8-7-17 | 17 | 0 | 0 | 17 | Inventory | ███████████ |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

08/02                                              S.D P 17.02.01

08/09/2017 WED 13:05   FAX                                      ☒006/007

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM

Product Name: _Rocuronium Bromide Injection 10mg/ml_     Location: _MS State Penitentiary_

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|------|---------------|---------------|-----------------|-------------|------------------------|------------------------|
| 5/4/17 | 0 | 0 | 20 | 20 | ■■■■■■ | ■■■■■■ |
| 5/4/17 | 20 | 0 | 20 | 20 | ■■■■■■ | ■■■■■■ |
| 8/4/17 | 20 | 0 | 0 | 20 | Inventory | |
| 10·5·17 | 20 | 0 | 0 | 20 | Inventory | |
| 1·5·17 | 20 | 0 | 0 | 20 | Inventory | |
| 8·7·17 | 20 | 0 | 0 | 20 | Inventory | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

02/02                                                    S O.P. 170201

MDOC001276

08/09/2017 WED 12:04  FAX                                                    @005/007

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM
*Vecuronium Bromide*

Product Name: *for infusion*          Location: *MS State Penitentiary*
*20 mg*
                                MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|---|---|---|---|---|---|---|
| 7/4/17 | 0 | 0 | 6 | 6 | | |
| 7/4/17 | 6 | 0 | 6 | 6 | | |
| 7/9/17 | 6 | 0 | 0 | 6 | Inventory | |
| 8-5-17 | 6 | 0 | 0 | 6 | Inventory | |
| 8/6/17 | 6 | 0 | 0 | 6 | Inventory | |
| 8-7-17 | 6 | 0 | 0 | 6 | Inventory | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

18/92                                                           S.O.P. 17.02.01

MDOC001277

18/09/2017 WED 12:04  FAX                                    ☒004/007

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM

Product Name: __Midazolam Injection__ Location  __Mississippi State Penitentiary__

10 Vials Per Box @10ml per vial                    MSDS Sheet: ____ Yes ____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY |
|------|---------------|---------------|-----------------|-------------|------------------------|-----------|
| 6·5·17 | 370 | 0 | 0 | 370 | Inventory | ■■■■■ |
| 7·5·17 | 370 | 0 | 0 | 370 | Inventory | ■■■■■ |
| 8·7·17 | 370 | 0 | 0 | 370 | Inventory | ■■■■■ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

08:32                                    S.O.P. 17.02.01

MDOC001278

08/09/2017 WED 12:03  FAX                                      ☒003/007

# UNIT 42 MSP PHARMACY CHEMICAL ROOM ACCESS LOG

| Person Entering | Date | Time In | Time Out | Purpose of Entry |
|---|---|---|---|---|
| ███████████ | 5-19-17 | 0916 | 0927 | Check Ref temp |
| ███████████ | 5-19-17 | 0916 | 0927 | Check Ref. temp |
| ███████████ | 5-22-17 | 1144 | 1156 | Check Ref. temp |
| ███████████ | 5-22-17 | 1144 | 1156 | Check Ref. temp |
| ███████████ | 5-23-17 | 0936 | 0949 | Check. Ref. temp |
| ███████████ | 5-23-17 | 0936 | 0949 | Check Ref. temp |
| ███████████ | 6-5-17 | 1100 | 1136 | Inventory |
| ███████████ | 6-5-17 | 1100 | 1136 | Inventory |
| ███████████ | 7-5-17 | 1453 | 1515 | Inventory |
| ███████████ | 7-5-17 | 1453 | 1515 | Inventory |
| ███████████ | 8-7-17 | 1509 | 1545 | Inventory |
| ███████████ | 8-7-17 | 1509 | 1545 | Inventory |
| ███████████ | 8-9-17 | 1038 | 1109 | Inventory |
| ███████████ | 8-9-17 | 1038 | 1109 | Inventory |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MDOC001279

@002/007

## Chemical Expiration Dates:   8/9/2017

| | Date of Expiration | Amount | Lot Number | Inventory Date |
|---|---|---|---|---|
| Midazolam Injection (10ml) | 05/2017 | 290 | ███ | 8/9/2017 |
| Midazolam Injection | 06/2018 | 80 | ███ | 8/9/2017 |
| Vecuronium Bromide (20mg) | 01/2018 | 06 | ███ | 8/9/2017 |
| Rocuronium Bromide (100mg/10ml) | 09/2019 | 20 | ███ | 8/9/2017 |
| Potassium Chloride (20mEq/10ml) | 05/2018 | 17 | ███ | 8/9/2017 |
| | | | | |
| | | | | |

07/06/2017 THU 9:10 FAX @002/005

290 Exp. date: 5/2017
80 Exp. date: 6/2018

MISSISSIPPI STATE PENITENTIARY
FTC/SUPPLY INVENTORY FORM

Product Name: __Midazolam Injection__ Location: ___Mississippi State Penitentiary___

10 Vials Per Box @10ml per vial          MSDS Sheet: ____Yes ____No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | |
|------|--------------|---------------|-----------------|-------------|------------------------|--|
| 6·5·17 | 370 | 0 | 0 | 370 | Inventory | |
| 7·5·17 | 370 | 0 | 0 | 370 | Inventory | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

08/02                                    8 O.P 11.32.01

MDOC001281

07/06/2017 THU 9:11 FAX

Exp. date: 1/2019

## MISSISSIPPI STATE PENITENTIARY
### FTC/SUPPLY INVENTORY FORM

Vecuronium Bromide

Product Name: _for Injection_   Location: _MS State Penitentiary_
2.0 mg

MSDS Sheet: _____ Yes _____ No ✓

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|------|---------------|---------------|-----------------|-------------|-------------------------|-------------------------|
| 5/4/17 | 0 | 0 | 6 | 6 | ███████ | |
| 5/8/17 | 6 | 0 | 6 | 6 | ███████ | |
| 5/4/17 | 6 | 0 | 0 | 6 | ███████ | |
| 6.5.17 | 6 | 0 | 0 | 6 | ███████ | |
| 7/08/17 | 6 | 0 | 0 | 6 | ███████ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

08/02                                                                        S C P. 1702.01

MDOC001282

Exp. date: 5/2018

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM

Product Name: _Potassium Chloride_   Location: _Mississippi State Penitentiary_

mEq, 10 mL.                                    MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|------|---------------|---------------|-----------------|-------------|------------------------|------------------------|
| 12-17 | 0 | 0 | 17 | 17 | | |
| 3-17 | 17 | 0 | 0 | 17 | | |
| 5-17 | 17 | 0 | 0 | 17 | | |
| 6-17 | 17 | 0 | 0 | 17 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

S.O.P. 17.02.01

MDOC001283

11/04/2017 THU 9:12 FAX                                               @006/095

Exp. date: 9/2019

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM

Product Name: _Racocuronium_
_Bromide_
_Injection_
_10mg/ml_

Location: _MS State Penitentiary_

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|---|---|---|---|---|---|---|
| 5/4/17 | 0 | 0 | 20 | 20 | ███ | ███ |
| 5/4/17 | 20 | 0 | 20 | 20 | ███ | ███ |
| 5/4/17 | 20 | 0 | 0 | 20 | ███ | ███ |
| 6.5.17 | 20 | 0 | 0 | 20 | ███ | ███ |
| 7.5.17 | 20 | 0 | 0 | 20 | ███ | ███ |

MDOC001284

10/04/2017 WED 9:34  FAX                                                           @002/005

## UNIT 42 MSP PHARMACY CHEMICAL ROOM ACCESS LOG

| Person Entering | Date | Time In | Time Out | Purpose of Entry |
|---|---|---|---|---|
| | 5-19-17 | 0916 | 0927 | Check Ref temp |
| | 5-19-17 | 0916 | 0927 | Check Ref. temp |
| | 5-22-17 | 1144 | 1156 | Check Ref. temp |
| | 5-22-17 | 1144 | 1156 | Check Ref. temp |
| | 5-23-17 | 0936 | 0949 | Check Ref. temp |
| | 5-23-17 | 0936 | 0949 | Check Ref. temp |
| | 6-5-17 | 1100 | 1136 | Inventory |
| | 6-5-17 | 1100 | 1136 | Inventory |
| | 7-5-17 | 1453 | 1515 | Inventory |
| | 7-5-17 | 1453 | 1515 | Inventory |
| | 8-7-17 | 1509 | 1545 | Inventory |
| | 8-7-17 | 1509 | 1545 | Inventory |
| | 8-9-17 | 1038 | 1109 | Inventory |
| | 8-9-17 | 1038 | 1109 | Inventory |
| | 9-1-17 | 11:27 | 11:46 | Inventory |
| | 9-1-17 | 11:27 | 11:46 | Inventory |
| | 10-4-17 | 08:43 | 0903 | Inventory |
| | 10-4-17 | 08:43 | 0903 | Inventory |
| | | | | |
| | | | | |

MDOC001285

10/04/2017 WED 9:25 FAX ☐003/006

# MISSISSIPPI STATE PENITENTIARY
# FTC/SUPPLY INVENTORY FORM

Product Name: __Midazolam Injection__ Location: __Mississippi State Penitentiary__

10 Vials Per Box @10ml per vial                    MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|------|--------------|---------------|-----------------|-------------|------------------------|------------------------|
| 6·5·17 | 370 | 0 | 0 | 370 | Inventory | |
| 7·5·17 | 370 | 0 | 0 | 370 | Inventory | |
| 8·7·17 | 370 | 0 | 0 | 370 | Inventory | |
| 9·1·17 | 370 | 0 | 0 | 370 | Inventory | |
| 10·4·17 | 370 | 0 | 0 | 370 | Inventory | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

08/02                                                               S.O.P 17-02-01

MDOC001286

10/04/2017 WED 9:26 FAX @004/006

## MISSISSIPPI STATE PENITENTIARY
## PTC/SUPPLY INVENTORY FORM

Product Name: _Vecuronium Bromide for Injection 20 mg_   Location: _MS State Penitentiary_

MSDS Sheet: ____ Yes ____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|------|---------------|---------------|-----------------|-------------|------------------------|------------------------|
| 5/4/17 | 0 | 0 | 6 | 6 | ███ | ███ |
| 5/4/17 | 6 | 0 | 6 | 6 | ███ | ███ |
| 5/4/17 | 6 | 0 | 0 | 6 | ███ | ███ |
| 6·5·17 | 6 | 0 | 0 | 6 | ███ | ███ |
| 7·4·17 | 6 | 0 | 0 | 6 | ███ | ███ |
| 8·7·17 | 6 | 0 | 0 | 6 | ███ | ███ |
| 9·1·17 | 6 | 0 | 0 | 6 | ███ | ███ |
| 10-4-17 | 6 | 0 | 0 | 6 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

08/92

S O P. 17.02.0*

12/04/2017 MON 9:27 FAX                                    ☑005/006

## MISSISSIPPI STATE PENITENTIARY
## FTC/SUPPLY INVENTORY FORM

Product Name: __Potassium Chloride__  Location: __Mississippi State Penitentiary__

20mEq, 10 mL                           MSDS Sheet: _____ Yes ___ ___ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|------|---------------|---------------|-----------------|-------------|------------------------|------------------------|
| 5-12-17 | 0 | 0 | 17 | 17 | | |
| 5-12-17 | 17 | 0 | 0 | 17 | | |
| 6-5-17 | 17 | 0 | 0 | 17 | | |
| 7-5-17 | 17 | 0 | 0 | 17 | | |
| 8-7-17 | 17 | 0 | 0 | 17 | | |
| 9-1-17 | 17 | 0 | 0 | 17 | | |
| 10-4-17 | 17 | 0 | 0 | 17 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

08/02                                              S.O.P 17.020

MDOC001288

10/04/2017 WED 9:08 FAX                                    @006/006

## MISSISSIPPI STATE PENITENTIARY
## FIC/SUPPLY INVENTORY FORM

Product Name: _Pneumonia_____   Location: _MS State Penitentiary_

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (Print Name) | ISSUED BY (Print Name) |
|------|---------------|---------------|-----------------|-------------|------------------------|------------------------|
| 4/4/17 | 0 | 0 | 20 | 20 | | |
| 5/4/17 | 20 | 0 | 20 | 20 | | |
| 5/4/17 | 20 | 0 | 0 | 20 | | |
| 6-5-17 | 20 | 0 | 0 | 20 | | |
| 7-5-17 | 20 | 0 | 0 | 20 | | |
| 8-7-17 | 20 | 0 | 0 | 20 | | |
| 9-1-17 | 20 | 0 | 0 | 20 | | |
| 10-4-17 | 20 | 0 | 0 | 20 | | |

S.O.P. 17.02.01

OMCZ

MDOC001289