**From:** Association of State Correctional Administrators [mailto:jstewart@asca.net]
**Sent:** Wednesday, August 09, 2017 1:41 PM
**To:** Hall, Pelicia <PeliciaHall@mdoc.state.ms.us>
**Subject:** Request for Assistance



Please take a moment to read a letter from Mississippi DOC Director, Pelicia Hall. MDOC is currently involved in a death penalty litigation and seeking assistance in trying to obtain Pentobarbital. Any assistance you can give would be very much appreciated. Click the link below to view the letter.

Letter from Director Hall

Association of State Correctional Administrators | 1105 2nd Street, Nampa, ID 83651

Unsubscribe PeliciaHall@mdoc.state.ms.us
Update Profile | About our service provider
Sent by jstewart@asca.net in collaboration with



1

MDOC001290



Try it free today