

**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
PELICIA E. HALL, Esq.
COMMISSIONER

August 7, 2017

**BY ELECTRONIC MAIL**
Kevin Kempf, Executive Director
Association of State Correctional Administrators (ASCA)
1105 2nd Street South
Nampa, Idaho 83651
kkempf@idoc.idaho.gov

Dear Executive Director Kempf:

The Mississippi Department of Corrections (MDOC) is currently involved in death penalty litigation whereby the availability of Pentobarbital is an issue. MDOC has been unable to obtain Pentobarbital despite its best efforts. As such, MDOC writes to exhaust all available options to obtain Pentobarbital, one of the execution drugs currently in Mississippi's three-drug protocol. In doing so, MDOC asks that any state in a position to provide us with Pentobarbital contact me by August 11, 2017, if possible, at 601-359-5622 or peliciahall@mdoc.state.ms.us. If your state is not in a position to provide us with Pentobarbital, to the extent that you are not prohibited due to confidentiality laws, we respectfully request information regarding where your state obtains its supply of Pentobarbital.

We understand the sensitive nature of this matter and appreciate your understanding of the necessity of this request.

Sincerely,

Pelicia E. Hall, Commissioner

cc: Jason Davis, Litigation Chief, Office of the Attorney General



633 NORTH STATE STREET • JACKSON, MISSISSIPPI 39202 • PH: (601) 359-5600
FAX: (601) 359-5680

MDOC001294