# MEMORANDUM

**TO:** FILE

**FROM:** PELICIA E. HALL, COMMISSIONER MISSISSIPPI DEPARTMENT OF CORRECTIONS

**DATE:** AUGUST 15, 2017

**RE:** DISCUSSION REGARDING AVAILABILITY OF PENTOBARBITAL

The _____ Department _____, reached out to the Mississippi Department of Corrections, via the Commissioner's office, in response to an August 7, 2017 letter that was disseminated to the listserv for all commissioners, directors, secretaries of departments of correction nation-wide. In the letter, I asked for assistance from other departments of correction in obtaining Pentobarbital, as Mississippi has been unable to obtain Pentobarbital, one of the three-drugs currently in our three-drug protocol.

_____ reached out to me in response to the August 7 letter to put me in contact with a pharmacist in _____ Mississippi. I called the pharmacist today, August 15, 2017, and learned for the first time the possible availability of Pentobarbital. The pharmacist stated that _____ has Pentobarbital in a compounded form, as no manufacturer makes Pentobarbital in an injectable form. _____ also explained that the Pentobarbital would not be made until an execution date is set. That is, there will be no Pentobarbital on hand sitting on a shelf.

This is the only conversation I have had with this pharmacist and no action has been taken in response.



EXHIBIT Y

MDOC001295