IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| RICHARD JORDAN and RICKY CHASE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| THOMAS EDWIN LODEN, Jr., ) | |
| ROGER THORSON, and ) | |
| ROBERT SIMON, ) | |
| ) | |
| Intervenors ) | |
| *v*. ) | Civil Action No. 3:15-cv-00295 |
| ) | |
| PELICIA HALL, ) | |
| Mississippi Department of Corrections, in ) | |
| her Official Capacity, et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY RESPONSES TO DEFENDANTS

PLAINTIFFS, Richard Jordan and Ricky Chase, by and through their counsel of record, have served, by electronic mail, Plaintiffs' Supplemental Disclosures, Responses to Requests For Production of Documents, Answers to Interrogatories, and Responses to Requests for Admissions. Plaintiffs retain the originals of these documents pursuant to this Court's Local Rules.

                                      Respectfully submitted,

                                      */s/ James W. Craig*
                                      James W. Craig, MSB # 7798
                                      Emily M. Washington (pro hac vice)
                                      The Roderick & Solange MacArthur Justice Center
                                      4400 South Carrollton Ave.
                                      New Orleans, LA 70119
                                      (504) 620-2259 (p)
                                      (504) 208-3133 (f)
                                      jim.craig@macarthurjustice.org
                                      emily.washington@macarthurjustice.org

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed this pleading with the Electronic Case Filing System of the United States District Court for the Southern District of Mississippi, and have thereby served counsel of record for the Defendants and Intervenor in this case.

This, the 5th day of October, 2017.

*/s/James W. Craig*
James W. Craig