IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICHARD JORDAN and RICKY CHASE**               *Plaintiffs*

**THOMAS EDWIN LODEN, JR.,**
**ROGER ERIC THORSON, and**
**ROBERT SIMON, JR.**                             *Intervenors*

vs.                                               No. 3:15-cv-00295-HTW-LRA

**PELICIA HALL, Commissioner,**
**Mississippi Department of Corrections, in**
**her Official Capacity; EARNEST LEE**
**Superintendent, Mississippi State Penitentiary,**
**in his Official Capacity; THE MISSISSIPPI**
**STATE EXECUTIONER, in his Official**
**Capacity; an UNKNOWN EXECUTIONERS,**
**in their Official Capacities**                  *Defendants*

## NOTICE OF PRODUCTION OF DOCUMENTS FOR IN CAMERA REVIEW ONLY

Notice is hereby given that Defendants, by and through undersigned counsel, have on this date, in accordance with the Court's Memorandum Opinion and Order [Doc. 168] dated March 29, 2018, produced to the Court for *in camera* review only the following documents Bates-numbered MDOC #361, #516, #571, #595, #596, #617-18, #660-85, #690-94, #696-97, #702, #706, #719-23, #740-43, #745, #756, #770, #774-77, #787, #1292, and #1293.

Respectfully submitted, this the 26th day of April, 2018.

                                       **JIM HOOD**
                                       ATTORNEY GENERAL
                                       STATE OF MISSISSIPPI

By:   *s/Wilson Minor*
        Jason L. Davis, MSB No. 102157
        Paul E. Barnes, MSB No. 99107
        Wilson Minor, MSB No. 102663

SPECIAL ASSISTANT ATTORNEYS GENERAL
ATTORNEYS FOR DEFENDANTS

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-6279
Telefax: (601) 359-2003
wmino@ago.state.ms.us

**CERTIFICATE OF SERVICE**

      This is to certify that I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, have electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    James W. Craig
    Emily M. Washington
    RODERICK AND SOLANGE
    MACARTHUR JUSTICE CENTER
    4400 South Carrollton Ave.
    New Orleans, LA 70119
    jim.craig@macarthurjustice.org
    emily.washington@macarthurjustice.org
    ATTORNEYS FOR PLAINTIFFS
    RICHARD JORDAN AND RICKY CHASE

    Stacy Ferraro
    STACY FERRARO, ATTORNEY AT LAW
    239 N. Lamar Street, Ste. 604
    Jackson, MS 39201
    lifestoryms@gmail.com
    ATTORNEY FOR INTERVENOR-
    PLAINTIFF THOMAS EDWIN LODEN, Jr.

    James Davis
    Law Office of Jim Davis

1904 24th Avenue
Gulfport, MS 39502
JamesLDavisIII@aol.com

Richard F. Klawiter
Matt Klepper
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293

Nicholas F. Aldrich, Jr.
Schwabe, Williamson & Wyatt, P.C.
1211 SW Fifth Ave., Suite 1900
Portland, Oregon 97204
ATTORNEYS FOR INTERVENOR
ROGER ERIC THORSON

Sibyl Byrd
McDuff & Byrd
767 N. Congress St.
Jackson, MS 39202

Vanessa Carroll
1055 St. Charles Ave., Suite 505
New Orleans, LA 70130
ATTORNEYS FOR INTERVENOR
ROBERT SIMON, JR.

This the 26th day of April, 2018.

        *s/Wilson Minor*
        Wilson Minor