IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD JORDAN AND RICKY CHASE**     **Plaintiffs,** **THOMAS EDWIN LODEN, JR. and ROGER ERIC THORSON,**     **Intervenors,** **ROBERT SIMON,**     **Putative Intervenor**   vs. **MARSHALL L. FISHER, Commissioner, Mississippi Department of Corrections, in his Official Capacity; et al.**     **Defendants.** | Civil Action No. 3:15cv295-HTW-LRA |

**JOINDER IN [171] PLAINTIFFS' UNOPPOSED MOTION FOR
CONTINUANCE OF TRIAL SETTING AND
[172] MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED
MOTION FOR CONTINUANCE OF TRIAL SETTING**

    INTERVENOR, Roger Thorson, by and through his counsel of record, joins in [171] Plaintiffs' Unopposed Motion for Continuance of Trial Setting and [172] Memorandum in Support of Plaintiffs' Unopposed Motion for Continuance of Trial Setting in this matter filed by the Plaintiffs.

    WHEREFORE, Intervenor, Roger Thorson, requests this joinder be granted.

    RESPECTFULLY SUBMITTED this, the 13th day of July, 2018.

                                                                                                                                 /s/     *Jim Davis*
                                                                         James Davis
                                                                         Law Office of Jim Davis
                                                                         P. O. Box 1839
                                                                         Gulfport, MS 39502
                                                                         T: (228) 864-1588

Of Counsel:

Richard F. Klawiter (*pro hac vice*)
Matt Klepper (*pro hac vice*)
**DLA Piper LLP (US)**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
United States of America
T: (312) 368-4000
F: (312) 236-7516

Nicholas (Nika) F. Aldrich, Jr. (*pro hac vice*)
**Schwabe, Williamson & Wyatt, P.C.**
1211 SW Fifth Ave.
Suite 1900
Portland, Oregon 97204
T: (503) 796-2494
F: (503)-796-2900

## **CERTIFICATE OF SERVICE**

     I, JIM DAVIS, counsel of record for Intervenor, ROGER ERIC THORSON, do hereby certify that I have this date filed a true and correct copy of the foregoing *Joinder in [171] Plaintiffs' Unopposed Motion for Continuance of Trial Setting and [172] Memorandum in Support of Plaintiffs' Unopposed Motion for Continuance of Trial Setting* with the Clerk of the Court using the ECF filing system that automatically notifies, and provides a copy of same to, all interested parties.

     SO CERTIFIED this, the 13th day of July, 2018.

                                                                                        */s/ Jim Davis*
                                                                                        JIM DAVIS

JIM DAVIS
MSB #5830
1904 24th Avenue
P.O. Box 1839
Gulfport, MS   39502
Phone: 228-864-1588
Fax: 228-863-5008