# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**RICHARD JORDAN and RICKY CHASE**                                                           *Plaintiffs*

**THOMAS EDWIN LODEN, JR.,**
**ROGER ERIC THORSON, and**
**ROBERT SIMON, JR.**                                                                         *Intervenors*

vs.                                                                          No. 3:15-cv-00295-HTW-LRA

**PELICIA HALL, Commissioner,**
**Mississippi Department of Corrections, in**
**her Official Capacity; EARNEST LEE**
**Superintendent, Mississippi State Penitentiary,**
**in his Official Capacity; THE MISSISSIPPI**
**STATE EXECUTIONER, in his Official**
**Capacity; an UNKNOWN EXECUTIONERS,**
**in their Official Capacities**                                                              *Defendants*

## NOTICE OF PRODUCTION OF DOCUMENTS

Notice is hereby given that Defendants, by and through undersigned counsel, have on this date, in accordance with the Court's Memorandum Opinion and Order [Doc. 174] dated July 13, 2018, produced to counsel for Plaintiffs the following documents by email: MDOC #516, 662-684, 685, 743, 745, 770, 774-775, 776-777.

Respectfully submitted, this the 27th day of July, 2018.

                                           **JIM HOOD**
                                           ATTORNEY GENERAL
                                           STATE OF MISSISSIPPI

By:   *s/Paul E. Barnes*
        Jason L. Davis, MSB No. 102157
        Paul E. Barnes, MSB No. 99107
        Wilson Minor, MSB No. 102663
        SPECIAL ASSISTANT ATTORNEYS GENERAL
        ATTORNEYS FOR DEFENDANTS

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-6279
Telefax: (601) 359-2003
wmino@ago.state.ms.us

**CERTIFICATE OF SERVICE**

  This is to certify that I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, have electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

  James W. Craig
  Emily M. Washington
  RODERICK AND SOLANGE
  MACARTHUR JUSTICE CENTER
  4400 South Carrollton Ave.
  New Orleans, LA 70119
  jim.craig@macarthurjustice.org
  emily.washington@macarthurjustice.org
  ATTORNEYS FOR PLAINTIFFS
  RICHARD JORDAN AND RICKY CHASE

  Stacy Ferraro
  STACY FERRARO, ATTORNEY AT LAW
  239 N. Lamar Street, Ste. 604
  Jackson, MS 39201
  lifestoryms@gmail.com
  ATTORNEY FOR INTERVENOR-
  PLAINTIFF THOMAS EDWIN LODEN, Jr.

  Merrida P. Coxwell , Jr.
  COXWELL & ASSOCIATES, PLLC
  500 North State Street
  Jackson, MS 39201
  merridac@coxwelllaw.com

  James Davis
  Law Office of Jim Davis
  1904 24th Avenue

Gulfport, MS 39502
JamesLDavisIII@aol.com

Richard F. Klawiter
Matt Klepper
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293

Nicholas F. Aldrich, Jr.
Schwabe, Williamson & Wyatt, P.C.
1211 SW Fifth Ave., Suite 1900
Portland, Oregon 97204
ATTORNEYS FOR INTERVENOR
ROGER ERIC THORSON

Sibyl Byrd
McDuff & Byrd
767 N. Congress St.
Jackson, MS 39202

Vanessa Carroll
1055 St. Charles Ave., Suite 505
New Orleans, LA 70130
ATTORNEYS FOR INTERVENOR
ROBERT SIMON, JR.

This the 27th day of July, 2018.

                                      *s/Paul Barnes*
                                      Paul Barnes