# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**RICHARD JORDAN and RICKY CHASE**                                                   **PLAINTIFFS**

**VS.**                                               **CIVIL ACTION NO.: 3:15CV295-HTW-LRA**

**PELICIA D. HALL, Commissioner,**
**Mississippi Department of Corrections, in**
**her Official Capacity; MARSHAL TURNER,**
**Superintendent, Mississippi State**
**Penitentiary, in his Official Capacity;**
**THE MISSISSIPPI STATE**
**EXECUTIONER, in his Official Capacity;**
**and UNKNOWN EXECUTIONERS, in**
**their Official Capacities**                                                        **DEFENDANTS**

**ROBERT SIMON, THOMAS EDWIN**
**LODEN, JR. and ROGER ERIC THORSON**                                               **INTERVENORS**

## REVISED SCHEDULING ORDER

On November 19, 2019, the parties appeared for a status conference to address several issues, including the schedule for the remaining events to prepare for trial. The parties conferred, and a schedule was jointly proposed and will be adopted. This Scheduling Order can be modified only by order of this Court upon a showing of good cause.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

1. By December 12, 2019, the Plaintiffs shall file a motion seeking leave to supplement their expert witness designations or substitute reports. The motion should also seek leave to depose lay witnesses and to depose a 30(b)(6) witness.

2. By December 12, 2019, the Defendants shall file a motion seeking the establishment of deposition protocols.

3. By March 31, 2020, the parties shall complete discovery.

4. By May 29, 2020, the parties shall file all motions, including any *Daubert* motions.

5. By August 25, 2020, the parties shall submit proposed findings of fact and conclusions of law.

6. This case is set for a bench trial to begin September 8, 2020.

**IT IS SO ORDERED,** this the 11th day of December, 2019.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE