IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICHARD JORDAN and RICKY CHASE**                                                                 *Plaintiffs*

**THOMAS EDWIN LODEN, JR.,**
**ROGER ERIC THORSON, and**
**ROBERT SIMON, JR.**                                                                                         *Intervenors*

*vs.*                                                                                            No. 3:15-cv-00295-HTW-LRA

**BURL CAIN, Commissioner,**
**Mississippi Department of Corrections, in**
**his Official Capacity; TIMOTHY MORRIS,**
**Superintendent, Mississippi State Penitentiary,**
**in his Official Capacity; THE MISSISSIPPI**
**STATE EXECUTIONER, in his Official**
**Capacity; an UNKNOWN EXECUTIONERS,**
**in their Official Capacities**                                                                                *Defendants*

## DEFENDANTS' NOTICE OF SERVICE OF SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS

Notice is hereby given that Defendants have on this date served upon all counsel of record Defendants' Second Supplemental Responses to Plaintiffs' Requests for Production of Documents. The undersigned retains the original of the above papers as custodian thereof pursuant to the Local Rules.

Respectfully submitted, this the 16th day of October, 2020.

                                                **LYNN FITCH**
                                                ATTORNEY GENERAL
                                                STATE OF MISSISSIPPI

                       By:    *s/Wilson Minor*
                                Paul E. Barnes, MSB No. 99107
                                Wilson Minor, MSB No. 102663
                                SPECIAL ASSISTANT ATTORNEYS GENERAL
                                ATTORNEYS FOR DEFENDANTS

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

Telephone: (601) 359-6279
Telefax: (601) 359-2003
Wilson.Minor@ago.state.ms.us

**CERTIFICATE OF SERVICE**

  This is to certify that I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, have electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

  This the 16th day of October, 2020.

             *s/Wilson Minor*
             Wilson Minor