IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICHARD JORDAN and RICKY CHASE**                                      *Plaintiffs*

**THOMAS EDWIN LODEN, JR.,**
**ROGER ERIC THORSON, and**
**ROBERT SIMON, JR.**                                                   *Intervenors*

*vs.*                                                   No. 3:15-cv-00295-HTW-LRA

**BURL CAIN, Commissioner,**
**Mississippi Department of Corrections, in**
**his Official Capacity; TIMOTHY MORRIS,**
**Superintendent, Mississippi State Penitentiary,**
**in his Official Capacity; THE MISSISSIPPI**
**STATE EXECUTIONER, in his Official**
**Capacity; an UNKNOWN EXECUTIONERS,**
**in their Official Capacities**                                        *Defendants*

### DEFENDANTS' NOTICE OF SERVICE OF FOURTH SUPPLEMENTAL RESPONSES TO PLAINTIFFS' INTERROGATORIES

Notice is hereby given that Defendants have on this date served upon all counsel of record Defendants' Fourth Supplemental Responses to Plaintiffs' Interrogatories. The undersigned retains the original of the above papers as custodian thereof pursuant to the Local Rules.

Respectfully submitted, this the 20th day of July, 2021.

                                          **LYNN FITCH**
                                          ATTORNEY GENERAL
                                          STATE OF MISSISSIPPI

By:   *s/Wilson Minor*
        Gerald Kucia, MSB No. 8716
        Wilson Minor, MSB No. 102663
        SPECIAL ASSISTANT ATTORNEYS GENERAL
        ATTORNEYS FOR DEFENDANTS

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220

Jackson, MS 39205
Telephone: (601) 359-3680
Telefax: (601) 359-2003
wilson.minor@ago.ms.gov

## CERTIFICATE OF SERVICE

    This is to certify that I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, have electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    This the 20th day of July, 2021.

                                             *s/Wilson Minor*
                                             Wilson Minor