# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| RICHARD JORDAN and RICKY CHASE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> THOMAS EDWIN LODEN, Jr., ROGER ) <br> THORSON, and ROBERT SIMON, ) <br> ) <br> Intervenors, ) <br> ) <br> v. ) <br> ) <br> BURL CAIN, Commissioner, ) <br> Mississippi Department of Corrections, in ) <br> his Official Capacity, et al., ) <br> ) <br> Defendants. ) <br> ) | No. 3:15-cv-00295-HTW- LGI |

## NOTICE OF DEPOSITION
## OF ANONYMOUS WITNESSES SE 1 and MDOC 3

PLEASE TAKE NOTICE that Plaintiffs Richard Jordan and Ricky Chase, by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 30, and the previous Orders of the Court,[1] will take the depositions of the witnesses previously designated by Defendants as "SE 1" and "MDOC 3" beginning at 10 am on August 2, 2022, at the Thad Cochran United States Courthouse, 501 E. Court Street, Jackson, MS 39201.

The deposition of SE 1 will begin at 10 am, and the deposition of MDOC 3 will begin thirty (30) minutes after the conclusion of the first deposition, or as soon thereafter as the parties agree.

---

[1] Including, but not limited to, Doc. 168, Memorandum Opinion and Order (March 29, 2018), Doc. 197, Memorandum Opinion and Order on Discovery Motions (April 17, 2020), Doc. 205, Order (May 1, 2020), Doc. 221, Memorandum Opinion and Order on Depositions of Lay Witnesses (Feb. 11, 2021), and Doc. 236, Scheduling Order (April 1, 2022).

The deposition will be recorded by court reporter and will use the voice alteration technology described in the Court's Orders.

You are invited to attend and participate in the manner permitted by the Federal Rules of Civil Procedure and the aforementioned rulings of the Court.

                                                Respectfully submitted,

/s/ *James W. Craig*
James W. Craig, MSB # 7798
Emily M. Washington (pro hac vice)
The Roderick & Solange MacArthur Justice Center
4400 South Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (p)
(504) 208-3133 (f)
jim.craig@macarthurjustice.org
emily.washington@macarthurjustice.org