IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD JORDAN and RICKY CHASE,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **THOMAS EDWIN LODEN, Jr., ROGER** ) <br> **THORSON, and ROBERT SIMON,** ) <br> ) <br> **Intervenors,** ) <br> ) <br> *v.* ) <br> ) <br> **BURL CAIN, Commissioner, Mississippi** ) <br> **Department of Corrections, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Civ. No. 3:15-cv-00295-HTW-LGI |

**SUPPLEMENTAL JOINT STATUS REPORT ON**
**WITNESSES TO BE DEPOSED USING**
**ANONYMOUS PROTOCOL**

Counsel for Plaintiffs Richard Jordan and Ricky Chase, together with counsel all Defendants, submit this report regarding the questions posed by the Court in its Scheduling Order of April 1, 2022.[1]

1. The parties have agreed to the following dates for depositions: August 2, 3, and 30, and September 7, 8, and 9. Scheduling of the witnesses, counsel for the parties, and the IT professional (Mr. Shorter) does not permit earlier scheduling of these unique depositions.

2. The parties agree that all attorneys will be located in one room during the depositions.

---

[1] Doc. 236.

1

      3.      Plaintiffs' counsel estimate that two depositions can be conducted per day. A total of seven persons currently identified by pseudonyms have been selected for deposition.[2]

      4.      Counsel for Plaintiffs and for all Intervenors agree that the presence of the Plaintiffs and Intervenors for the depositions will be waived.

Dated: July 15, 2022.

                                   Respectfully submitted,

*/s/ James W. Craig*
James W. Craig, MSB # 7798
Emily M. Washington (pro hac vice)
Roderick & Solange MacArthur Justice Center
4400 South Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (p)
(504) 208-3133 (f)
jim.craig@macarthurjustice.org
emily.washington@macarthurjustice.org

LYNN FITCH
ATTORNEY GENERAL
STATE OF MISSISSIPPI

*/s/Gerald Kucia*
Gerald Kucia, MSB No. 8716
Wilson Minor, MSB No. 102663
SPECIAL ASSISTANT ATTORNEYS GENERAL

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-3680
Telefax: (601) 359-2003
Gerald.Kucia@ago.ms.gov
Wilson.Minor@ago.ms.gov

---

[2] MDOC 3, MDOC 4, MDOC 5, MDOC 6, MDOC 7, SE 1, and AG 1.