IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD JORDAN and RICKY CHASE** | *Plaintiffs* |
| **THOMAS EDWIN LODEN, JR.,** **ROGER ERIC THORSON, and** **ROBERT SIMON, JR.** | *Intervenors* |
| | No. 3:15-cv-00295-HTW-LGI |
| vs. | |
| **BURL CAIN, Commissioner,** Mississippi Department of Corrections, in his Official Capacity; **TIMOTHY MORRIS,** Superintendent, Mississippi State Penitentiary, in his Official Capacity; **THE MISSISSIPPI STATE EXECUTIONER,** in his Official Capacity; an **UNKNOWN EXECUTIONERS,** in their Official Capacities | *Defendants* |

**PLAINTIFF INTERVENOR THOMAS EDWIN LODEN, JR.'S NOTICE OF WITHDRAWAL OF "MOTION TO WITHDRAW"**

PLEASE TAKE NOTICE that Plaintiff Intervenor Thomas Edwin Loden, Jr. hereby withdraws his "Motion to Withdraw" [Docket 238], filed on April 29, 2022. Exhibit A hereto is a declaration signed by Mr. Loden authorizing and instructing counsel to withdraw the "Motion to Withdraw." Mr. Loden respectfully requests that the hearing set for July 26, 2022 be taken off-calendar.

MORRISON & FOERSTER LLP

By:   */s/ Mark R. McDonald*
       MARK R. McDONALD

*Attorneys for Intervenor Thomas E. Loden, Jr.*

MORRISION & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA  90017-3543
Telephone:  213.892.5200
Facsimile:  213.892.5454
Email:

1

LA-1429933

## CERTIFICATE OF SERVICE

  This is to certify that I, Mark R. McDonald, Attorney for Intervenor Thomas E. Loden, Jr. have electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

  This the 22nd day of July, 2022.

                */s/ Mark R. McDonald*
                MARK R. McDONALD