IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| RICHARD JORDAN and RICKY CHASE | *Plaintiffs* |
| THOMAS EDWIN LODEN, JR., ROGER ERIC THORSON, and ROBERT SIMON, JR. | *Intervenors* |
| | No. *3:15-cv-00295-HTW-LGI* |
| vs. | |
| BURL CAIN, Commissioner, Mississippi Department of Corrections, in his Official Capacity; TIMOTHY MORRIS, Superintendent, Mississippi State Penitentiary, in his Official Capacity; THE MISSISSIPPI STATE EXECUTIONER, in his Official Capacity; an UNKNOWN EXECUTIONERS, in their Official Capacities | *Defendants* |

## DECLARATION OF THOMAS EDWIN LODEN, JR.

I, Thomas E. Loden, Jr., declare the following to be true to the best of my personal knowledge:

1. I am over 21 years of age, and otherwise competent to testify. I am incarcerated at Parchman Penitentiary in Mississippi.

2. I am an intervenor in this action.

3. On April 26, 2022, I sent a handwritten motion to the Court stating that I wanted to withdraw ("Motion to Withdraw") from this action.

4.      I wish to withdraw that motion and have authorized my attorneys to file a notice of withdrawal of that Motion to Withdraw.

I declare under penalty of perjury that the foregoing is true and correct, and that the foregoing was executed on July 22, 2022.

_____
Thomas E. Loden, Jr.

## CERTIFICATE OF SERVICE

    This is to certify that I, Mark R. McDonald, Attorney for Intervenor Thomas E. Loden, Jr. have electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    This the 22nd day of July, 2022.

                                                */s/ Mark R. McDonald*
                                                MARK R. McDONALD