# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**RICHARD JORDAN and RICKY CHASE**                                                **PLAINTIFFS**

**THOMAS EDWIN LODEN, JR.,**
**ROGER ERIC THORSON, and**
**ROBERT SIMON, JR.**

**v.**                                                     **CIVIL ACTION NO. 3:15-cv-295-HTW-LGI**

**BURL CAIN, Commissioner,**
**Mississippi Department of Corrections, in his**
**Official Capacity; TIMOTHY MORRIS,**
**Superintendent, Mississippi State Penitentiary, in**
**his Official Capacity; THE MISSISSIPPI STATE**
**EXECUTIONER, in his Official Capacity; any**
**UNKNOWN EXECUTIONERS, in their Official**
**Capacities**                                                                                 **DEFENDANTS**

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Warden

YOU ARE HEREBY COMMANDED to produce the body of: **Thomas Edwin Loden, Jr.**

The above-named is now confined as a prisoner with the Mississippi Department of Corrections in the Mississippi State Penitentiary ("Parchman").   The above-named is to be produced before the United States District Court for the Southern District of Mississippi and particularly United States District Judge Henry T. Wingate at the **THAD COCHRAN FEDERAL COURTHOUSE, 501 E. COURT STREET, SIXTH FLOOR, COURTROOM 6A, JACKSON, MISSISSIPPI**, for participation in a Motion hearing

scheduled for **2:00 PM on July 26, 2022**, in the above-styled pending civil lawsuit. Upon dismissal, at the direction of the Court, you are to return the above-named inmate to the custody of the Mississippi Department of Corrections and specifically the Parchman facility, or any other facility designated by the State of Mississippi wherein the above-named inmate may be lawfully incarcerated.

This the  25th  day of July, 2022.

ARTHUR JOHNSTON, CLERK

BY: 

Deputy Clerk

ATTACHMENT

The marshal service has asked that the inmates arrive at the new federal courthouse **one hour** before their hearing begins. For example, if the hearing is scheduled for 2:00 p.m., please have them at the courthouse by 1:00 pm.

Also, these items are prohibited in the courthouse: tobacco products, writing pens, lighters and keys.   For additional information, you may contact the marshal's office at 601-608-6890.

***PLEASE PASS THIS INFORMATION TO YOUR TRANSPORTATION DEPARTMENT.    THEY ARE NOT ALLOWED TO BRING PRISONERS IN THROUGH THE FRONT ENTRANCE OF THE COURTHOUSE. HAVE THEM CALL 601-608-6890 FOR INSTRUCTIONS.***