**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**RICHARD JORDAN,** *et al.*                                                      **PLAINTIFFS**

**v.**                                          **CIVIL ACTION NO. 3:15-CV-295-HTW-LGI**

**BURL CAIN,** *et al.*                                                      **DEFENDANTS**

**O**RDER

On this day, June 26, 2022, the Court held a hearing on Intervenor Plaintiff Thomas Edward Loden, Jr.'s Motion for Withdrawal from Action [238], Motion to Strike [239] his Motion for Withdrawal from Action [238], and Motion to Rescind Issuance of Writ of Habeas Corpus Ad Testificandum [248].

For the reasons provided in a bench ruling during said hearing, the Court deems Intervenor Plaintiff Loden's Motion for Withdrawal from Action [238] to be **withdrawn**, pursuant to his Notice of Withdrawal of Motion to Withdraw [246]. The Court **denies as moot** Intervenor Plaintiff Loden's Motion to Strike [239] and Motion to Rescind [248].

IT IS SO ORDERED on this, the 26th day of July, 2022.

/s/HENRY T. WINGATE          
HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE