| | |
|---|---|
| **From:** | James Craig |
| **To:** | Gerald Kucia |
| **Cc:** | Wilson Minor; "Emily Washington (emily.washington@macarthurjustice.org)"; WILLIAM SHORTER |
| **Subject:** | RE: Jordan v. Cain (MDOC 6 Deposition) |
| **Date:** | Thursday, September 22, 2022 11:33:00 AM |
| **Importance:** | High |

Good morning, Gerald and Wilson. October 4 and 5 aren't available for us anymore. Can you give us other dates for MDOC 6?

Thanks,

**Jim Craig** (he/him)
Director, Louisiana Office
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone:  504.620.2259

jim.craig@macarthurjustice.org


**From:** James Craig
**Sent:** Tuesday, September 6, 2022 1:31 PM
**To:** Gerald Kucia <Gerald.Kucia@ago.ms.gov>
**Cc:** Wilson Minor <Wilson.Minor@ago.ms.gov>; Emily Washington (emily.washington@macarthurjustice.org) <emily.washington@macarthurjustice.org>
**Subject:** RE: Jordan v. Cain

That last week of September is bad for us now. How about October 4 or 5?

**From:** Gerald Kucia <Gerald.Kucia@ago.ms.gov>
**Sent:** Tuesday, September 6, 2022 1:19 PM
**To:** James Craig <jim.craig@macarthurjustice.org>
**Cc:** Wilson Minor <Wilson.Minor@ago.ms.gov>
**Subject:** FW: Jordan v. Cain

Jim:  will the 27th work for you?

Gerald L. Kucia

Special Assistant Attorney General
Mississippi Attorney General's Office, Civil Litigation Division
550 High Street
Suite 1100
Jackson, Mississippi 39205-0220
E-mail:  Gerald.Kucia@ago.ms.gov
Telephone:  601-359-4072

**From:** William Shorter <shorterpro@cs.com>
**Sent:** Tuesday, September 6, 2022 1:18 PM
**To:** Gerald Kucia <Gerald.Kucia@ago.ms.gov>
**Subject:** Re: Jordan v. Cain

As of right now the 27th is good for us

-----Original Message-----
From: Gerald Kucia <Gerald.Kucia@ago.ms.gov>
To: William Shorter <shorterpro@cs.com>
Cc: Wilson Minor <Wilson.Minor@ago.ms.gov>; jim.craig@macarthurjustice.org <jim.craig@macarthurjustice.org>
Sent: Tue, Sep 6, 2022 11:16 am
Subject: RE: Jordan v. Cain

How about the 27th?

Gerald L. Kucia
Special Assistant Attorney General
Mississippi Attorney General's Office, Civil Litigation Division
550 High Street
Suite 1100
Jackson, Mississippi 39205-0220
E-mail:  Gerald.Kucia@ago.ms.gov
Telephone:  601-359-4072

**From:** William Shorter <shorterpro@cs.com>
**Sent:** Tuesday, September 6, 2022 1:15 PM
**To:** Gerald Kucia <Gerald.Kucia@ago.ms.gov>
**Cc:** Wilson Minor <Wilson.Minor@ago.ms.gov>; jim.craig@macarthurjustice.org
**Subject:** Re: Jordan v. Cain

We are booked in trial that date.  Are there any other dates to check?

-----Original Message-----
From: Gerald Kucia <Gerald.Kucia@ago.ms.gov>
To: WILLIAM SHORTER <shorterpro@cs.com>
Cc: Wilson Minor <Wilson.Minor@ago.ms.gov>; James Craig <jim.craig@macarthurjustice.org>
Sent: Tue, Sep 6, 2022 11:11 am
Subject: FW: Jordan v. Cain

Brent:  Jim Craig is no longer available on the 28th.  Could someone in your office cover on the 20th?

Gerald L. Kucia

Special Assistant Attorney General
Mississippi Attorney General's Office, Civil Litigation Division
550 High Street
Suite 1100
Jackson, Mississippi 39205-0220
E-mail:  Gerald.Kucia@ago.ms.gov
Telephone:  601-359-4072

---

**From:** James Craig <jim.craig@macarthurjustice.org>
**Sent:** Tuesday, September 6, 2022 9:01 AM
**To:** Gerald Kucia <Gerald.Kucia@ago.ms.gov>
**Cc:** WILLIAM SHORTER <shorterpro@cs.com>; Wilson Minor <Wilson.Minor@ago.ms.gov>; Emily Washington <emily.washington@macarthurjustice.org>
**Subject:** Re: Jordan v. Cain

Gerald,

Unfortunately, the 28th is no longer available for us. Is there anyone from Brent shop who can handle the 20th?

Jim Craig

Outlook for iOS

---

**From:** Gerald Kucia <Gerald.Kucia@ago.ms.gov>
**Sent:** Tuesday, September 6, 2022 8:42:59 AM
**To:** James Craig <jim.craig@macarthurjustice.org>
**Cc:** WILLIAM SHORTER <shorterpro@cs.com>; Wilson Minor <Wilson.Minor@ago.ms.gov>
**Subject:** Jordan v. Cain

Brent says that the 28th works better for him to be at MDOC6's deposition.  Before I contact the court, please confirm that you are available on the 28th.  Much thanks

Gerald L. Kucia
Special Assistant Attorney General
Mississippi Attorney General's Office, Civil Litigation Division
550 High Street
Suite 1100
Jackson, Mississippi 39205-0220
E-mail:  Gerald.Kucia@ago.ms.gov
Telephone:  601-359-4072