

### FIRST CIRCUIT COURT DISTRICT OF MISSISSIPPI
200 W. JEFFERSON STREET, TUPELO, MISSISSIPPI 38804

### MICHAEL P. MILLS, JR.
CIRCUIT JUDGE

September 12, 2022

The Honorable Lynn Fitch
Attorney General of Mississippi
P.O. Box 220
Jackson, MS 39205

Madam Attorney General:

Please accept this letter as a respectful inquiry into the status of death row inmate Thomas Edwin Loden, Jr. (MDOC ID Number K8126).

On September 21, 2001, Loden pled guilty to capital murder, rape, and four counts of sexual battery, and was sentenced to death.[1] Despite multiple failed appeals and post-conviction proceedings, Loden's case remains active as the court awaits the State's completion of said execution.

Kindly respond if further action from the Itawamba County Circuit Court is required to assist your efforts in this matter.[2]

Best Regards,

*Michael P. Mills, Jr.*

Michael P. Mills, Jr.
Circuit Judge

cc:   Deputy Attorney General Mary-Helen Wall
      District Attorney John Weddle
      Thomas Edwin Loden, Jr.

---

[1] See Loden v. State, 43 So. 3d 365 (Miss. 2010); Loden v. State, 971 So. 2d 548 (Miss. 2007); and attached sentencing order for Itawamba County Criminal Cause Number CR00-068.
[2] See Miss. Code Ann. § 99-19-106 ("Setting or resetting the date of execution shall be made on motion of the state that all state and federal remedies have been exhausted, or that the defendant has failed to file for further state or federal review within the time allowed by law.").

ALCORN • ITAWAMBA • LEE • MONROE • PONTOTOC • PRENTISS • TISHOMINGO