IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD JORDAN, RICKY CHASE,** | |
| **ROBERT SIMON, and ERIC THORSON** | **PLAINTIFFS** |
| | |
| **VS.** | **CIVIL ACTION NO.: 3:15-cv-295-HTW-LGI** |
| | |
| **TOMMY TAYLOR, Interim Commissioner, Mississippi Department of Corrections; MARSHAL TURNER, Superintendent, Mississippi State Penitentiary; THE MISSISSIPPI STATE EXECUTIONER; and UNKNOWN EXECUTIONERS** | **DEFENDANTS** |

## ORDER

Previously this court utilized Mrs. Tamika Bartee as the court reporter for the round of depositions conducted here in the courthouse under strict order of confidentiality and separation of the parties and witnesses, whose voices and identities were disguised.

This court supervised these confidential depositions which occurred on August 2, 2022, August 3, 2022, August 30, 2022, and September 8, 2022.

The last deposition, under the same precautions, is scheduled for November 30, 2022, with the same court reporter, Mrs. Tamika Bartee.

The court has been advised that this last witness need not be provided the same confidential treatment because that witness is also a defendant in this action.

The parties no longer need the same confidential treatment earlier provided for the other witnesses who represented entities involved in the procurement of the death drug. These witnesses and their businesses were to remain anonymous.

Accordingly, since the confidentiality factor is no longer a priority, this last witness need not be afforded such. The court, therefore, will permit parties to engage their own court reporter.

Plaintiffs' counsel has agreed to this approach. Plaintiffs moved for the depositions, while Defendants moved for confidentiality. Mrs. Tamika Bartee, then, will not transcribe this last deposition.

    IT IS SO ORDERED, this the  23rd day of November, 2022.

                                            **/s/HENRY T. WINGATE**
                                            U.S. DISTRICT COURT JUDGE