## MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Potassium Chloride**

▮ Single Dose

Location: **Mississippi State Penitentiary**

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 9-17-21 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 10-29-21 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 11-17-21 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 1-31-22 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 2-24-22 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 3-31-22 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 4-27-22 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 5-31-22 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 6-10-22 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 6-29-22 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 7-29-22 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 8-30-22 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 10-3-22 | 25 | 0 | 0 | 25 | Inventory | ▮ |
| 1-31-23 | 25 | 0 | 0 | 25 | Inventory | ▮ |

EXHIBIT 2

MDOC001679

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Potassium Chloride**  
40mEq, 20 mL

Location: **Mississippi State Penitentiary**  
MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | ■ | 0 | 0 | ■ | Inventory | ■ |
| 9-17-21 | ■ | 0 | 0 | ■ | Inventory | ■ |
| 9-22-21 | ■ | ■ | 0 | ■ | Inventory | ■ |
| 10-29-21 | ■ | | 0 | ■ | Inventory | ■ |
| 11-17-21 | ■ | ■ | 0 | 20 | ■ | ■ |
| 1-31-22 | 20 | 0 | 0 | 20 | Inventory | ■ |
| 2-24-22 | 20 | 0 | 0 | 20 | Inventory | ■ |
| 3-31-22 | 20 | 0 | 0 | 20 | Inventory | ■ |
| 4-27-22 | 20 | 0 | 0 | 20 | Inventory | ■ |
| 5-27-22 | 20 | 0 | 0 | 20 | Inventory | ■ |
| 6-12-22 | 20 | 0 | 0 | 20 | Inventory | ■ |
| 6-29-22 | 20 | 0 | 0 | 20 | Inventory | ■ |
| 7-29-22 | 20 | 0 | 0 | 20 | Inventory | ■ |
| 8-30-22 | 20 | 0 | 0 | 20 | Inventory | ■ |
| 10-3-22 | 20 | 0 | 0 | 20 | Inventory | ■ |
| 10-31-22 | 20 | 0 | 0 | 20 | Inventory | ■ |

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Vercuronium Bromide Injection 20mg**  Location: **Mississippi State Penitentiary**

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | ▮ | 0 | 0 | ▮ | Inventory | ▮ |
| 9-17-21 | ▮ | 0 | 0 | ▮ | Inventory | ▮ |
| 9-20-21 | ▮ | 6 | 0 | ▮ | Inventory | ▮ |
| 10-29-21 | ▮ | 0 | 0 | ▮ | Inventory | ▮ |
| 11-17-21 | ▮ | ▮ | 0 | 21 | | ▮ |
| 1-31-22 | 21 | 0 | 0 | 21 | Inventory | |
| 2-24-22 | 21 | 0 | 0 | 21 | Inventory | |
| 3-31-22 | 21 | 0 | 0 | 21 | Inventory | |
| 4-27-22 | 21 | 0 | 0 | 21 | Inventory | |
| 5-31-22 | 21 | 0 | 0 | 21 | Inventory | |
| | | | | | | |
| 6-25-22 | 21 | 0 | 0 | 21 | Inventory | |
| | | | | | Inventory | |
| 7-28-22 | 21 | 0 | 0 | 21 | Inventory | |
| | 21 | 0 | 0 | 21 | Inventory | |
| | 21 | 0 | 0 | 21 | Inventory | |

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Midazolam Injection**

Location: **Mississippi State Penitentiary**

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | 404 | 0 | 0 | 404 | Inventory | ▮ |
| 9-17-21 | 404 | 0 | 0 | 404 | Inventory | ▮ |
| 9-22-21 | 404 | 390 | 0 | ▮ | Inventory | ▮ |
| 10-29-21 | ▮ | 0 | 0 | ▮ | Inventory | ▮ |
| 11-17-21 | ▮ | ▮ | 0 | 19 | ▮ | ▮ |
| 1-31-22 | 19 | 0 | 0 | 19 | Inventory | |
| 2-24-22 | 19 | 0 | 0 | 19 | Inventory | |
| 3-31-22 | 19 | 0 | 0 | 19 | Inventory | |
| 4-27-22 | 19 | 0 | 0 | 19 | Inventory | |
| 5-31-22 | 19 | 0 | 0 | 19 | Inventory | |
| 6-16-22 | 19 | 0 | 0 | 19 | Inventory | |
| 6-29-22 | 19 | 0 | 0 | 19 | Inventory | |
| 7-?-22 | 19 | 0 | 0 | 19 | Inventory | |
| ?-?-22 | 19 | 0 | 0 | 19 | Inventory | |
| ?-?-22 | 19 | 0 | 0 | 19 | Inventory | |
| ?-?-22 | 19 | 0 | 0 | 19 | Inventory | |