## UNIT 42 MSP PHARMACY CHEMICAL ROOM ACCESS LOG

| Person Entering | Date | Time In | Time Out | Purpose of Entry |
|---|---|---|---|---|
| [redacted] | 10/31/22 | 1656 | 1703 | Inventory |
| [redacted] | 10/31/22 | 1656 | 1703 | Inventory |
| [redacted] | 11/22/22 | 1041 | 1051 | Inventory/Destruction |
| [redacted] | 11-22-22 | 1042 | 1051 | Inventory |
| [redacted] | 11/22/22 | 1550 | 1616 | INVENTORY/RECEIVING |
| [redacted] | 11/23/22 | 0946 | 0955 | Inventory |
| [redacted] | 11/23/22 | 1316 | 1326 | in paperwork |
| [redacted] | 11-23-22 | 1316 | 1326 | Paperwork |
| [redacted] | 11/28/22 | 1005 | 1015 | paperwork |
| [redacted] | 11/28/22 | 1005 | 1015 | paperwork |
| [redacted] | 11/30/22 | 1053 | 1110 | Inventory |
| [redacted] | 11/30/22 | 1053 | 1110 | INVENTORY |

EXHIBIT 3

MDOC001701

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Potassium Chloride**　　　　Location: **Mississippi State Penitentiary**

▮▮ Single Dose　　　　　　　　　　　　　MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | 25 | 0 | 0 | 25 | Inventory | |
| 9-17-21 | 25 | 0 | 0 | 25 | Inventory | |
| 10-29-21 | 25 | 0 | 0 | 25 | Inventory | |
| 11-17-21 | 25 | 0 | 0 | 25 | Inventory | |
| 1-31-22 | 25 | 0 | 0 | 25 | Inventory | |
| 2-24-22 | 25 | 0 | 0 | 25 | Inventory | |
| 3-31-22 | 25 | 0 | 0 | 25 | Inventory | |
| 4-27-22 | 25 | 0 | 0 | 25 | Inventory | |
| 5-31-22 | 25 | 0 | 0 | 25 | Inventory | |
| 6-10-22 | 25 | 0 | 0 | 25 | Inventory | |
| 6-29-22 | 25 | 0 | 0 | 25 | Inventory | |
| 7-29-22 | 25 | 0 | 0 | 25 | Inventory | |
| 8-30-22 | 25 | 0 | 0 | 25 | Inventory | |
| 10-3-22 | 25 | 0 | 0 | 25 | Inventory | |
| 10-31-22 | 25 | 0 | 0 | 25 | Inventory | |
| 11-22-22 | 25 | 25 | 0 | 0 | Destruction | |

MDOC001702

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Potassium Chloride**  
■ Single Dose

Location: **Mississippi State Penitentiary**  
MSDS Sheet: ____ Yes ____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY |
|---|---|---|---|---|---|---|
| 11/22/22 | 0 | 0 | 25 | 25 | [redacted] | [redacted] |
| — | EXPIRATION | DATE | [redacted] | , 2024 | | |
| 11/30/22 | 25 | 0 | 0 | 25 | Inventy | [redacted] |

MDOC001703

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Potassium Chloride**  Location: **Mississippi State Penitentiary**

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | ▮ | 0 | 0 | ▮ | Inventory | ▮ |
| 9-17-21 | ▮ | 0 | 0 | ▮ | Inventory | ▮ |
| 9-22-21 | ▮ | ▮ | 0 | ▮ | Inventory | ▮ |
| 10-29-21 | ▮ | 0 | 0 | ▮ | Inventory | ▮ |
| 11-17-21 | ▮ | ▮ | 0 | 20 | ▮ | ▮ |
| 1-31-22 | 20 | 0 | 0 | 20 | Inventory | ▮ |
| 2-24-22 | 20 | 0 | 0 | 20 | Inventory | ▮ |
| 3-31-22 | 20 | 0 | 0 | 20 | Inventory | ▮ |
| 4-27-22 | 20 | 0 | 0 | 20 | Inventory | ▮ |
| 5-31-22 | 20 | 0 | 0 | 20 | Inventory | ▮ |
| 6-10-22 | 20 | 0 | 0 | 20 | Inventory | ▮ |
| 6-29-22 | 20 | 0 | 0 | 20 | Inventory | ▮ |
| 7-29-22 | 20 | 0 | 0 | 20 | Inventory | ▮ |
| 8-30-22 | 20 | 0 | 0 | 20 | Inventory | ▮ |
| 10-3-22 | 20 | 0 | 0 | 20 | Inventory | ▮ |
| 10-31-22 | 20 | 0 | 0 | 20 | Inventory | ▮ |

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Potassium Chloride**

Location: **Mississippi State Penitentiary**

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 11-22-22 | 20 | 20 | 0 | 0 | [redacted] | [redacted] |
| 11/22/22 | 0 | 0 | 25 | 25 | INVENTORY | |
| | | EXPIRATION DATE | | | 2024 | |
| 11/30/22 | 25 | 0 | 0 | 25 | Inverty | |

MDOC001705

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Vercuronium Bromide Injection**    Location: **Mississippi State Penitentiary**

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | ▓ | 0 | 0 | ▓ | Inventory | ▓ |
| 9-17-21 | ▓ | 0 | 0 | ▓ | Inventory | ▓ |
| 9-20-21 | ▓ | ▓ | 0 | ▓ | Inventory | ▓ |
| 10-29-21 | ▓ | 0 | 0 | ▓ | Inventory | ▓ |
| 11-17-21 | ▓ | ▓ | 0 | 21 | ▓ | ▓ |
| 1-31-22 | 21 | 0 | 0 | 21 | Inventory | ▓ |
| 2-24-22 | 21 | 0 | 0 | 21 | Inventory | ▓ |
| 3-31-22 | 21 | 0 | 0 | 21 | Inventory | ▓ |
| 4-27-22 | 21 | 0 | 0 | 21 | Inventory | ▓ |
| 5-31-22 | 21 | 0 | 0 | 21 | Inventory | ▓ |
| 6-10-22 | 21 | 0 | 0 | 21 | Inventory | ▓ |
| 6-29-22 | 21 | 0 | 0 | 21 | Inventory | ▓ |
| 7-29-22 | 21 | 0 | 0 | 21 | Inventory | ▓ |
| 8-30-22 | 21 | 0 | 0 | 21 | Inventory | ▓ |
| 10-3-22 | 21 | 0 | 0 | 21 | Inventory | ▓ |
| 10-31-22 | 21 | 0 | 0 | 21 | Inventory | ▓ |

MDOC00176

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

**Product Name:** <u>Vercuronium Bromide Injection</u>   **Location:** <u>Mississippi State Penitentiary</u>

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 11/28/22 | 21 | 1 | 0 | 20 | Physician | |
| 11/30/22 | 20 | 0 | 0 | 20 | Inventory | |

MDOC001707

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Midazolam Injection**         Location: **Mississippi State Penitentiary**

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | 404 | 0 | 0 | 404 | Inventory | ■ |
| 9-17-21 | 404 | 0 | 0 | 404 | Inventory | ■ |
| 9-22-21 | 404 | 390 | 0 | ■ | Inventory | ■ |
| 10-29-21 | ■ | 0 | 0 | ■ | Inventory | ■ |
| 11-17-21 | ■ | ■ | 0 | 19 | ■ | ■ |
| 1-31-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 2-24-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 3-31-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 4-27-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 5-31-22 | 19 | 0 | 6 | 19 | Inventory | ■ |
| 6-10-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 6-29-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 7-29-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 8-30-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 10-3-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 10-31-22 | 19 | 0 | 0 | 19 | Inventory | ■ |

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Midazolam Injection**

Location: **Mississippi State Penitentiary**

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY |
|------|---------------|---------------|-----------------|-------------|------------------------|-----------|
| 11/30/22 | 19 | 0 | 0 | 19 | Inventory | |

MDOC001709