

**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
**BURL CAIN**
COMMISSIONER

November 23, 2022

Thomas Edwin Loden, Jr. # K8126
Mississippi State Penitentiary
590 Parchman Road 12
Parchman, MS 38738

Dear Mr. Loden,

On November 17, 2022, the Mississippi Department of Corrections received a warrant of execution from the Supreme Court of Mississippi for the execution of your death sentence on Wednesday, December 14, 2022, at 6:00 p.m. CST or as soon as possible thereafter within the next twenty-four hours.

Pursuant to Mississippi Code Annotated Section 99-19-51, within seven days of receiving the warrant of execution you shall receive written notice of the manner in which your execution will be carried out. Therefore, this letter is to inform you that the manner of execution will be an intravenous injection of a substance or substances in a lethal quantity into the body.

Additional information will be forthcoming in the following days and weeks.

Respectfully,

Burl Cain
MDOC Commissioner

301 NORTH            9201 • (601) 359-5600

**EXHIBIT**
4