#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
#### NORTHERN DIVISION

| | |
|---|---|
| **RICHARD JORDAN and RICKY CHASE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **THOMAS EDWIN LODEN, Jr., ROGER** ) | |
| **THORSON, and ROBERT SIMON,** ) | |
| ) | |
| **Intervenors,** ) | |
| ) | |
| *v.* ) | Civ. No. 3:15-cv-00295-HTW-LGI |
| ) | |
| **BURL CAIN, Commissioner, Mississippi** ) | |
| **Department of Corrections, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

#### NOTICE OF ORDER FROM MISSISSIPPI SUPREME COURT

COMES NOW Intervenor Thomas E. Loden Jr., ("intervenor" or "Mr. Loden"), who notifies this Court that on December 1, 2022, the Mississippi Supreme Court issued an EN BANC ORDER in No. 2002-DP-00282-SCT consolidated with No. 2006-CA-00432-SCT (attached as Exhibit 1) with a separate written statement authored by King, Presiding Justice, and joined by Kitchens, Presiding Justice "object[ing] to the [November 17, 2022,] order setting Loden's execution while he has pending method-of-execution claims in federal court." (Appendix A at 4.) The statement notes the setting of an execution date while the action before this Court is pending "implicate[s] due process notice concerns and concerns regarding access to courts" and "opens the door for the State to rid itself of method-of-execution challenges simply by targeting the complainants in such a lawsuit for execution." Appendix A at 3.

Dated: December 1, 2022.

1

Respectfully submitted,

*/s/ Stacy Ferraro*
Stacy Ferraro, MSB #100263
Capital Habeas Unit for the Fourth Circuit
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Tel: (704) 374-0720
E-Mail: Stacy_Ferraro@fd.org
　　　　lifestoryms@gmail.com

*/s/ Mark R. McDonald*
Mark R. McDonald (pro hac vice)
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
MMcDonald@mofo.com

*Attorneys for Intervenor Thomas E. Loden, Jr.*