**From:** Wilson Minor
**To:** James Craig; Emily Washington; Stacy Ferraro; jamesldavisiii_aol.com; McDonald, Mark R.; Merrida Coxwell; Aldrich, Nika F.; Park, Soo J.; vjcarroll@gmail.com
**Cc:** Gerald Kucia
**Subject:** Jordan v. Cain, No. 3:15-cv-00295-HTW-LGI - Defendants" Supplemental Document Production (Email 1 of 2)
**Date:** Wednesday, November 30, 2022 1:34:18 PM
**Attachments:** image001.png
MDOC1674-84.pdf
MDOC1685-87.pdf
MDOC1688-92.pdf
Sixth Supplemental Privilege Log.pdf

---

Dear Counsel:

Defendants are supplementing their previous document production with MDOC001674-001709.

I will have to send the attachments in 2 separate emails due to the size of the files. Please let me know if you do not receive both emails.

Attached hereto, please find MDOC001674-001692 and Defendants' Sixth Supplemental Privilege Log.

Sincerely,

Wilson D. Minor
Special Assistant Attorney General
Mississippi Attorney General's Office
Civil Litigation Division
550 High Street, Suite 1100
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-6279
Facsimile: (601) 359-2003
Email: wilson.minor@ago.ms.gov



| | |
|---|---|
| **From:** | Wilson Minor |
| **To:** | James Craig; Emily Washington; Stacy Ferraro; jamesldavisiii aol.com; McDonald, Mark R.; Merrida Coxwell; Aldrich, Nika F.; Park, Soo J.; vjcarroll@gmail.com |
| **Cc:** | Gerald Kucia |
| **Subject:** | Jordan v. Cain, No. 3:15-cv-00295-HTW-LGI - Defendants" Supplemental Document Production (Email 2 of 2) |
| **Date:** | Wednesday, November 30, 2022 1:36:52 PM |
| **Attachments:** | image001.png<br>MDOC1693-1700.pdf<br>MDOC1701-09.pdf |

Attached hereto, please find MDOC001693-001709.

Sincerely,

Wilson D. Minor
Special Assistant Attorney General
Mississippi Attorney General's Office
Civil Litigation Division
550 High Street, Suite 1100
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-6279
Facsimile: (601) 359-2003
Email: wilson.minor@ago.ms.gov

