# Mississippi Bureau of Narcotics
## MISSISSIPPI DEPARTMENT OF CORRECTIONS
## DRUG DESTRUCTION REQUEST

| Case Number / Crime Lab No / County / Agent | Case Date | Case Type | Evidence Type | Description | Location | Disposition | Movement |
|---|---|---|---|---|---|---|---|
| [redacted] | 11/17/22 | Non Bureau Case | Drug | Exhibit:1 Tag No:[redacted] RX NARCOTIC 0.00 | Master Loc:EMU Vault: Row: Shelf: Box: Cabinet: | | Date: 11/21/22 Type: Destruction Requested<br>MBN Recipient: [redacted]<br>Other Recipient: MS. DEPARTMENT OF CORRECTIONS<br>MBN Signer: [redacted]<br>DESTRUCTION REQUEST LETTER RECIEVED FROM THE .MISSISSIPPI DEPARTMENT OF CORRECTIONS SEE ATTACHED INVENTORY LIST.  46 TOAL DRUG ITEMS<br><br>POTASSIUM CHLORIDE-[redacted], SINGLE DOSE<br>[redacted]<br>Lot #<br>Expiration Date [redacted]/2022<br>25 Bottles<br><br>POTASSIUM CHLORIDE FOR INJECTION<br>[redacted]<br>Lot #<br>Expiration Date [redacted]/2022<br>20 Bottles<br><br>VECURONIUM BROMIDE [redacted] for Injection<br>Lot #[redacted]<br>1 Bottle expired |

| Totals | |
|---|---|
| Drugs | 1 |
| Total Exhibits | 1 |
| Total Cases | 1 |

[signature redacted] 11-22-22

[signature redacted] 11/22/2022

Monday 11/21/2022
MISSISSIPPI DEPARTMENT OF CORRECTIONS
DRUG DESTRUCTION REQUEST
EMU-[redacted]

Page 2 of 2

MDOC001674



**STATE OF MISSISSIPPI**
TATE REEVES, GOVERNOR
**DEPARTMENT OF PUBLIC SAFETY**
**MISSISSIPPI BUREAU OF NARCOTICS**

SEAN J. TINDELL
COMMISSIONER

STEVEN A. MAXWELL
DIRECTOR

November 21, 2022

▬▬▬▬▬▬▬▬▬▬

Evidence Management
Mississippi Bureau of Narcotics
P.O. Box 720519
Byram, Mississippi 39272

Dear ▬▬▬▬▬▬,

Receipt is acknowledged of the Mississippi Department of Correction's request for Evidence Destruction (Enclosure 1), requesting authorization to destroy drug evidence in the following cases: EMU ▬▬▬▬.

**SEE ATTACHED INVENTORY LIST**

**POTASSIUM CHLORIDE-**▬▬**, SINGLE DOSE**
▬▬▬▬▬▬
Lot # ▬▬▬▬
Expiration Date ▬▬/2022
✓ 25 Bottles

**POTASSIUM CHLORIDE FOR INJECTION**
▬▬▬▬▬▬
Lot # ▬▬▬▬
Expiration Date ▬▬/2022
✓ 20 Bottles

**VECURONIUM BROMIDE** ▬▬ **for Injection** ▬▬
Lot # ▬▬▬▬
✓ 1 Bottle expired

Pursuant to Section 41-29-154, Mississippi Code of 1972, this is the written authorization to destroy the evidence described in the request.

You are directed to make arrangements for two Bureau Agents to complete the destruction and return the Affidavit (Enclosure 2) to the Evidence Management Unit once the evidence has been destroyed.

Sincerely,

*[signature]*

Steven Maxwell
Director

Enclosures (2)



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
**BURL CAIN**
COMMISSIONER

November 21, 2022

Colonel Steven Maxwell
Director of Mississippi Bureau of Narcotics
PO Box 958
Jackson, MS 39205

Dear Colonel Maxwell,

Please find enclosed an inventory of the expired drug that the Mississippi Department of Corrections purchased some time ago in expectation of executions ordered by the court.

This drug can no longer be used and for reasons of public safety I am requesting that the drug be destroyed by your agency.

Thank you very much for your assistance in this most important function. If I can be of assistance or answer questions pertaining to this or any matter, please do not hesitate to contact me.

Sincerely,

Burl Cain, Commissioner
Mississippi Department of Corrections

**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**BURL CAIN**
**COMMISSIONER**

**Marcus McClure, Superintendent**
**Mississippi State Penitentiary (MSP)**

PO Box 1057
Parchman, MS 38738
(662)745-6611

# MEMORANDUM

TO:     Mr. Leonard Vincent, MDOC General Counsel

FROM:   Marcus McClure, Superintendent, MSP

DATE:   November 21, 2022

RE:     Chemical Expiration Dates

---

Please see below the following chemicals with their expiration dates:

- Potassium Chloride- ▇▇▇ single dose
  - ▇▇▇
  - Lot # ▇▇▇
  - Expiration Date: ▇▇▇/2022
  - 25 bottles
- Potassium Chloride for injection
  - ▇▇▇
  - Lot # ▇▇▇
  - Expiration Date: ▇▇▇/2022
  - 20 bottles
- Vecuronium Bromide ▇▇▇ for injection ▇▇▇
  - Lot # ▇▇▇
  - Expiration Date: ▇▇▇/2022
  - 1 bottle expired

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Potassium Chloride**     Location: **Mississippi State Penitentiary**

☐ Single Dose     MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 9-17-21 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 10-29-21 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 11-17-21 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 1-31-22 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 2-24-22 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 3-31-22 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 4-27-22 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 5-31-22 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 6-10-22 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 6-29-22 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 7-29-22 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 8-30-22 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 10-3-22 | 25 | 0 | 0 | 25 | Inventory | ▓ |
| 1-31-22 | 25 | 0 | 0 | 25 | Inventory | ▓ |

MDOC001679

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Potassium Chloride**     Location: **Mississippi State Penitentiary**

**4**0mEq, **2**0 mL     MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | ■ | 0 | 0 | ■ | Inventory | ■ |
| 9-17-21 | ■ | 0 | 0 | ■ | Inventory | ■ |
| 9-22-21 | ■ | ■ | 0 | ■ | Inventory | ■ |
| 10-29-21 | ■ | ■ | 0 | ■ | Inventory | ■ |
| 11-17-21 | ■ | ■ | 0 | 20 | ■ | ■ |
| 1-31-22 | 20 | 0 | 0 | 20 | Inventory | |
| 2-24-22 | 20 | 0 | 0 | 20 | Inventory | |
| 3-31-22 | 20 | 0 | 0 | 20 | Inventory | |
| 4-27-22 | 20 | 0 | 0 | 20 | Inventory | |
| 5-31-22 | 20 | 0 | 0 | 20 | Inventory | |
| 6-12-22 | 20 | 0 | 0 | 20 | Inventory | |
| 6-29-22 | 20 | 0 | 0 | 20 | Inventory | |
| 7-29-22 | 20 | 0 | 0 | 20 | Inventory | |
| 8-30-22 | 20 | 0 | 0 | 20 | Inventory | |
| 10-3-22 | 20 | 0 | 0 | 20 | Inventory | |
| 10-31-22 | 20 | 0 | 0 | 20 | Inventory | |

MDOC-A031680

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
# MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Vercuronium Bromide Injection 20mg**

Location: **Mississippi State Penitentiary**

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | ▇ | 0 | 0 | ▇ | Inventory | ▇ |
| 9-17-21 | ▇ | 0 | 0 | ▇ | Inventory | ▇ |
| 9-22-21 | ▇ | 6 | 0 | ▇ | Inventory | ▇ |
| 10-29-21 | ▇ | 0 | 0 | ▇ | Inventory | ▇ |
| 11-17-21 | ▇ | ▇ | 0 | 21 | ▇ | ▇ |
| 1-31-22 | 21 | 0 | 0 | 21 | Inventory | ▇ |
| 2-24-22 | 21 | 0 | 0 | 21 | Inventory | ▇ |
| 3-31-22 | 21 | 0 | 0 | 21 | Inventory | ▇ |
| 4-27-22 | 21 | 0 | 0 | 21 | Inventory | ▇ |
| 5-31-22 | 21 | | | 21 | Inventory | ▇ |
| | | | | | Inventory | |
| 6-29-22 | 21 | 0 | 0 | 21 | Inventory | ▇ |
| | | | | | Inventory | |
| 7-?-22 | 21 | 0 | 0 | 21 | Inventory | ▇ |
| ?-?-22 | 21 | 0 | 0 | 21 | Inventory | ▇ |
| ?-?-22 | 21 | 0 | 0 | 21 | Inventory | ▇ |

MDOC001681

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## MSP FTC/SUPPLY INVENTORY FORM

Product Name: **Midazolam Injection**　　　Location: **Mississippi State Penitentiary**

MSDS Sheet: _____ Yes _____ No

| DATE | BEGIN BALANCE | AMOUNT ISSUED | AMOUNT RECEIVED | END BALANCE | ISSUED TO (PRINT NAME) | ISSUED BY (PRINT NAME) |
|---|---|---|---|---|---|---|
| 8-31-21 | 404 | 0 | 0 | 404 | Inventory | ■ |
| 9-17-21 | 404 | 0 | 0 | 404 | Inventory | ■ |
| 9-20-21 | 404 | 390 | 0 | ■ | Inventory | ■ |
| 10-29-21 | ■ | 0 | 0 | ■ | Inventory | ■ |
| 11-17-21 | ■ | ■ | 0 | 19 | ■ | ■ |
| 1-31-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 2-24-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 3-31-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 4-27-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 5-31-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 6-16-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 6-29-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 7-29-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 7-30-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 8-3-22 | 19 | 0 | 0 | 19 | Inventory | ■ |
| 8-31-22 | 19 | 0 | 0 | 19 | Inventory | ■ |

MDOC001682

## UNIT 42 MSP PHARMACY CHEMICAL ROOM ACCESS LOG

| Person Entering | Date | Time In | Time Out | Purpose of Entry |
|---|---|---|---|---|
| ███ | 10/31/22 | 1656 | 1703 | Inventory |
| ███ | 10/31/22 | 1656 | 1703 | Inventory |
| | | | | |

MDOC001683





# STATE OF MISSISSIPPI
## DEPARTMENT OF CORRECTIONS

### CHAIN OF CUSTODY

Description: (1) Potassium Chloride - ▮▮▮ single dose ▮▮▮▮▮
Lot # ▮▮▮▮  exp ▮▮/2022: 25 bottles  (2) Potassium Chloride for injection
Lot # ▮▮▮▮  exp ▮▮/2022: 20 bottles
(3) Vecuronium Bromide ▮▮▮ for injection ▮▮▮▮
Lot # ▮▮▮▮  exp ▮▮/2022: 1 bottle

Recovered from: Unit 42 Medical

Location: Unit 42 Medical Vault

| | | | |
|---|---|---|---|
| Recovered by ▮▮▮ | Date: 11/22/22 | Time: 1027 | Initials: ▮▮ |
| Released to: ▮▮▮ | Date: 11/22/2022 | Time: 1102 | Initials: ▮ |
| Released to: ▮▮▮ MSN | Date: 11-22-2022 | Time: 1:20 | Initials: ▮ |
| Released to: _____ | Date: _____ | Time: _____ | Initials: _____ |
| Released to: _____ | Date: _____ | Time: _____ | Initials: _____ |
| Released to: _____ | Date: _____ | Time: _____ | Initials: _____ |
| Released to: _____ | Date: _____ | Time: _____ | Initials: _____ |
| Released to: _____ | Date: _____ | Time: _____ | Initials: _____ |
| Released to: _____ | Date: _____ | Time: _____ | Initials: _____ |

### COMMENTS

_____
_____
_____
_____
_____

301 NORTH LAMAR STREET · JACKSON, MISSISSIPPI 39201
PHONE: (601) 359-5600 · FAX: (601) 359-5624

MDOC001684