IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD JORDAN AND RICKY CHASE** <br><br> **Plaintiffs,** <br><br> **THOMAS EDWIN LODEN, JR. and ROGER ERIC THORSON,** <br><br> **Intervenors,** <br><br> vs. <br><br> **BURL CAIN, Commissioner, Mississippi Department of Corrections, et al.** <br><br> **Defendants.** | **Civil Action No. 3:15cv295-HTW-LGI** |

**JOINDER IN [278] PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR ORDER UNDER THE ALL WRITS ACT, FOR TEMPORARY RESTRAINING ORDER, OR FOR PRELIMINARY INJUNCTION BASED ON COUNT THREE OF THE FIRST AMENDED COMPLAINT**

INTERVENOR, Roger Thorson, by and through his counsel of record, joins in [278] Plaintiffs' Notice of Withdrawal of Motion for Order Under the All Writs Act, for Temporary Restraining Order, or for Preliminary Injunction Based on Count Three of the First Amended Complaint.

WHEREFORE, Intervenor, Roger Thorson, requests this joinder be granted, and the relief requested in Document [278] be granted for all parties.

RESPECTFULLY SUBMITTED this, the 6th day of January, 2023.

                                                         ___/s/_____**Jim Davis**_____
                                                         James Davis
                                                         Law Office of Jim Davis
                                                         P. O. Box 1839
                                                         Gulfport, MS 39502
                                                         T: (228) 864-1588

Of Counsel (next page)

Richard F. Klawiter (*pro hac vice*)
Matt Klepper (*pro hac vice*)
**DLA Piper LLP (US)**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
United States of America
T: (312) 368-4000
F: (312) 236-7516

Nicholas (Nika) F. Aldrich, Jr. (*pro hac vice*)
**Schwabe, Williamson & Wyatt, P.C.**
1211 SW Fifth Ave.
Suite 1900
Portland, Oregon 97204
T: (503) 796-2494
F: (503)-796-2900

## CERTIFICATE OF SERVICE

I, JIM DAVIS, counsel of record for Intervenor, ROGER ERIC THORSON, do hereby certify that I have this date filed a true and correct copy of the foregoing *Joinder in [278] Plaintiffs' Notice of Withdrawal of Motion for Order Under the All Writs Act, for Temporary Restraining Order, or for Preliminary Injunction Based on Count Three of the First Amended Complaint* with the Clerk of the Court using the ECF filing system that automatically notifies, and provides a copy of same to, all interested parties.

SO CERTIFIED this, the 6th day of January, 2023.

                                                           */s/  Jim Davis*
                                                           JIM DAVIS