IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICHARD JORDAN**, *et al.*                                                         **PLAINTIFFS**

**v.**                      **CIVIL ACTION NO. 3:15-CV-295-HTW-LGI**

**BURL CAIN**, *et al.*                                                      **DEFENDANTS**

## ORDER

On October 19, 2022, Plaintiffs filed a Motion to Expedite Briefing [262] and a Motion for Leave to File Excess Pages [263] in relation to their Motion for Order under the All Writs Act [260]. The Court addressed the Motion for Order under the All Writs Act [260] in a Memorandum Opinion and Order [277] entered on December 7, 2022. This Court, therefore, finds that the Motion to Expedite Briefing [262] and Motion for Leave to File Excess Pages [263] are **moot** at this juncture.

On January 27, 2023, Plaintiffs filed a Motion for Leave to File Excess Pages [284]. Therein, they requested leave to file additional pages in their rebuttal brief related to their Motion for Extension of Time [283] to file a response to Defendants' Motion for Summary Judgment [280]. On February 17, 2023, Plaintiffs filed their rebuttal [287] with the additional pages, and Defendants did not object. This court, therefore, finds that the Motion for Leave to File Excess Pages [284] also is **moot**.

IT IS SO ORDERED on this, the 6th day of April, 2023.

/s/HENRY T. WINGATE
HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE