# EXHIBIT 1a

## MDOC Lethal Injection Protocols

## Mississippi Department of Corrections, Capital Punishment Procedures, Revised May 28, 2025

Confidential

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
# CAPITAL PUNISHMENT PROCEDURES

## REVISED

## May 28, 2025

MDOC002152

Confidential

# TABLE OF CONTENTS

Introduction  …………………………………………………………………… 3

Security Orders – General …………………………………………….......... 4

Injection Preparation …………………………………………………….... 5

Injection Procedure ………………………………………………….......... 8

Special Instructions – Inmate ………………………………………………… 10

Personnel Assignments …………………………………………………….. 12

Witnesses Requested by Condemned Inmate …………………………………….. 18

Witnesses – Victim's Family ………………………………………………. 19

State Witnesses ………………………………………………………….. 20

Media Policy ……………………………………………………………... 21

Chronological Sequence of Execution …………………………………………... 22

Chronological Execution Report ………………………………………………... 26

MDOC002153

Confidential

# INTRODUCTION

It is the policy of the Mississippi Department of Corrections to assist the State Executioner in fulfilling his or her legal obligation of executing any condemned felon who is housed at the Mississippi State Penitentiary and who has been sentenced to die. The punishment of death will be inflicted upon a convicted felon in a manner prescribed by law.

The Superintendent of the Mississippi State Penitentiary, after receiving official notice of any impending execution, will set the execution procedures into motion.

MDOC002154

Confidential

## <u>SECURITY ORDERS – GENERAL</u>

1. The Superintendent will meet with selected staff members as soon as possible after becoming aware of an immediate impending execution date to prepare security.

2. The lethal injection system will be thoroughly checked at least two weeks prior to a scheduled execution to ensure that all parts are in working order. Staff assigned to the execution chamber will review all steps in carrying out the actual execution.

3. One week prior to a scheduled execution, all assigned personnel will participate in an actual test of the lethal injection system to ensure against leaks, chemical or mechanical failure and other potential problems.

4. No later than two (2) days prior to the scheduled execution, the Superintendent or his designee will supervise a final test of the system to ensure that all is in order and that all assigned staff are thoroughly knowledgeable of their duties.

5. The Superintendent will ensure that the telephone lines located near the execution chamber are free and clear for the eventuality of a last minute stay of execution.

6. All staff and witnesses involved in the actual execution or assigned to the execution chamber shall be issued a special pass. No individual shall be allowed in the area without the required pass. Details of the pass system shall not be released until the system is implemented on the date of the scheduled execution. The passes and issue log shall be maintained and secured in the Emergency Operations Center by the Emergency Response Team Commander.

7. The Emergency Operations Center will be activated at 0800 hours on the date of execution.

8. Twenty-four (24) hours prior to the time of the scheduled execution, the Superintendent shall declare an Institutional Emergency at the Penitentiary. The institution will remain on lock down status for as long as deemed necessary.

9. The Emergency Operations Center Coordinator shall ensure that the staff member assigned as Incident Recorder maintains a log of chronological events until a stay is issued or the execution is completed.

10. The day before the scheduled execution, the Emergency Operations Center Coordinator shall ensure that accommodations have been made at the Visitation Center parking lot for delegations. One area shall be set aside for the delegation representing pro-capital punishment and one area for anti-capital punishment. Entry to these areas shall be allowed between 1600 – 1700 hours. Anyone leaving the grounds prior to the execution will not be permitted to return. The delegations shall be required to leave the grounds at 1900 hours.

MDOC002155

Confidential

## INJECTION PREPARATION

- ➢ Open execution room and injection room
- ➢ Inventory and inspect IV equipment, syringes and drugs
- ➢ Inspect gurney and straps
- ➢ Prepare drugs, fill syringes and place IV saline bags in position

| LABELED/MARKED | CONTENTS OF SYRINGES | QUANTITY |
|---|---|---|
| #1 | Sodium Pentothal, 2.0 Gm. (four 500 mgm vials dissolved in the least amount of diluent possible to attain complete, clear suspension)<br><br>Or | 1 Syringe |
|  | In the event of an unavailability of a sufficient quantity of sodium pentothal from available sources, a sufficient quantity of pentobarbital will be acquired and administered in the place of sodium pentothal.  The pentobarbital will be administered in the same serial order as sodium pentothal:<br>Pentobarbital 5.0 Gm. (two 50 ml vials in the least amount of diluents possible to attain complete, clear suspension).<br><br>Or | 2 Syringes |
|  | In the event of the unavailability of a sufficient quantity of Pentobarbital from available sources, a sufficient quantity of Midazolam will be acquired and administered in the place of Pentobarbital.  The Midazolam will be administered in the same serial order as Pentobarbital (Two 50 cc syringes totaling 500 MG). | 2 Syringes |
| N/S | Normal Saline, 10 – 15 cc | 2 Syringes |

MDOC002156

Confidential

| #2 | Pavulon, 50 mgm per 50 cc. (five 10cc. Ampules of 10 mgm each in each syringe)<br><br>Or<br><br>In the event of unavailability of a sufficient quantity of pavulon from available sources, a sufficient quantity of vecuronium bromide or rocuronium bromide will be acquired and administered in the place of pavulon. The vecuronium bromide or rocuronium bromide will be administered in the same serial order as pavulon. Vecuronium Bromide or rocuronium bromide 40mg/40cc. 20mg/20cc in each syringe followed by a flush of 50cc of saline injected into the line. | 3 Syringes<br><br><br><br>2 syringes |
| #3 | Potassium Chloride, 50 milequiv. Per 50 cc (five 10 cc. Ampules of 10 milequiv. Each in each syringe) | 3 Syringes |

## PRE-EXECUTION INVENTORY AND EQUIPMENT CHECK

Members of the injection team shall conduct an equipment check of all materials necessary to perform the execution.

The inventory shall be conducted not less than twenty-four (24) hours and not more than ninety-six (96) hours, of the scheduled execution.

An inventory checklist shall be completed, dated and initialed by the injection team.

Expiration and/or sterilization dates of all applicable items shall be checked on an individual item.

Outdated items (e.g., Normal Saline bags) shall be replaced immediately.

Sterilized packs bearing a sterilization date in excess of thirty (30) days shall be replaced or resterilized immediately.

On the evening of the execution, members of the injection team shall enter the injection room at least one (1) hour prior to the scheduled time of the execution. They shall immediately re-inventory

6

MDOC002157

Confidential

the supplies and equipment to insure that all is in readiness and if applicable, obtain replacement items for the Medical Facility.

## OBTAINING DRUGS

During the afternoon preceding an execution by lethal injection, a member of the injection team shall proceed to the Drug Room of the Medical Facility to obtain the necessary agents (drugs) for the procedure.

When the drugs have been issued, and quantities verified, they should be placed in the Lethal Injection Drug Box.

A member of the injection team shall maintain personal, physical custody of the drug box until such time as it is opened for use or for return if not used.

## IV SET-UP PROCEDURE

The connecting needle of Administration Set (Baxter #2C5501 – or equivalent) shall be inserted into the outlet of the bag of Normal Saline IV solution.

The on-off clamp located between the "Y" injection and the needle adapter shall be removed and discarded. The flow of solution shall be controlled by the Flo-Trol clamp located about the "y" site. The lip of the neoprene diaphram on the "Y" injection site shall be rolled back so that it can easily be removed for insertion of syringe tips instead of a needle.

A sixty-one (61) inch Extension Set (Abbot Rx 15099 – or equivalent) shall be connected to the needle adapter of the Administration Set. **Note: For the set-up for administration into the distal arm, a second Extension Set shall be required due to the additional distance.**

An Angiocath (no smaller than 18 Ga. X2") shall be connected to the needle adapter of the Extension Set. Optimal injection flow may be achieved with a 14 Ga. Or 16 Ga. Angiocath, if the veins will permit the use of the larger size. Angiocath will be secured with one (1) inch surgical tape.

The tubing shall be cleared of air and the Angiocath recovered. The set-up is ready for use.

The syringes containing the drugs shall be prepared and loaded in the following order:

> ➢ Two 50-cc syringes, each containing 10-15 cc of sterile Normal Saline. Label Syringes "NS".
> ➢ Three 50-cc syringes, each containing 50 milequiv of Potassium Chloride in 50 cc. Label syringes "3".
> ➢ Three 50-cc syringes, each containing 50 mg of Pavulon in 50 cc. Label syringes "2" or In the event of unavailability of a sufficient quantity of pavulon from available sources, a sufficient quantity of vecuronium bromide or rocuronium

7

MDOC002158

Confidential

bromide will be acquired and administered in the place of pavulon.    The vecuronium bromide or rocuronium bromide will be administered in the same serial order as pavulon. Vecuronium Bromide or rocuronium bromide 40mg/40cc. 20mg/20cc in each syringe followed by a flush of 50cc of saline injected into the line.

➢ One 50-cc syringe containing 2.0 Grams of Sodium Pentothal (contents of four 500 mgm vials dissolved in the least amount of diluent possible to attain complete, clear suspension). The Sodium Pentothal, being a federally controlled drug, shall be prepared last, when it appears that it shall actually be used. Label syringe "1".

➢ In the event of an unavailability of a sufficient quantity of sodium pentothal from available sources, a sufficient quantity of pentobarbital or Midazolam will be acquired and administered in the place of sodium pentothal.  The pentobarbital or Midazolam will be administered in the same serial order as sodium pentothal.  Two 50cc syringes containing 5.0 grams of Pentobarbital or Midazolam (two 50 ml vials in the least amount of diluents possible to attain complete, clear suspension).  The Pentobarbital or Midazolam, as the Sodium Pentothal shall be prepared last, when it appears that it shall be actually used. Label syringe "1".

➢ In the event of an unavailability of a sufficient quantity of pentobarbital from available sources, a sufficient quantity of midazolam will be acquired and administered in the place of pentobarbital. The midazolam will be administered in the same serial order as pentobarbital.  Two 50 cc syringes totaling 500 MG.  The Midazolam, as the Pentobarbital, shall be prepared last, when it appears that it shall be actually used.  Label syringes "1".

## INJECTION PROCEDURE

The Angiocath shall be inserted into the vein of the left arm and secured in place. The flow of Normal Saline shall be started and administered at a slow rate of flow.
Step 1 shall be repeated for the right arm. This line shall be held in reserve as a contingency line in case of a malfunction or blockage in the first line.

In the event access cannot be obtained in either the primary or backup locations, the IV team may utilize other medically accepted sites for IV access.  Should the IV team be unable to obtain access to the other sites, the IV team shall communicate this information to the Commissioner and/or Superintendent who shall determine whether to start the procedure over at a later time or stop.

**Note: At this point, the administration sets shall be running at a slow rate of flow, and ready for the insertion of syringes containing the injection agents. Observation of both set-ups to insure that the rate of flow is uninterrupted shall be maintained. <u>NO FURTHER ACTION</u> shall be taken until the prearranged signal to start the injection of lethal agents is given by the Superintendent.**
**Proposed Consciousness Check**

When four (4) minutes have elapsed following the administration of the first drug in the protocol, the IV Team leader, dressed in a manner to preserve their anonymity, shall enter into the room where the inmate is located to determine, pursuant to necessary and medically appropriate and

MDOC002159

Confidential

approved methods, whether the inmate is unconscious. The IV Team leader shall also confirm that the IV line remains affixed and is functioning properly.

If, at that time, the inmate remains conscious, the IV Team leader shall communicate this information to the Commissioner, who shall determine whether to start the procedure over or stop. The Commissioner or Superintendent may order the curtains to the witness viewing room be closed, and if necessary, for the witnesses to be removed from the facility until the execution procedure resumes.

Throughout the entire procedure, the IV Team members, and other Execution Team members shall continually monitor the inmate using all available means to ensure that the inmate remains unconscious and that there are no complications.

MDOC002160

Confidential

## SPECIAL INSTRUCTIONS – INMATE

1. The condemned inmate shall be transferred to the holding cell adjacent to the execution room in Unit 17 seventy-two (72) hours prior to the scheduled execution date.

2. A duty post shall be established directly in front of the holding cell. This post shall be manned by a Correctional Officer IV or higher ranking security staff twenty-four (24) hours a day. The officer assigned will maintain visual contact with the inmate. The inmate will never be left alone.

3. The officer assigned shall maintain a continuous chronological log of events.

4. The inmate's personal property shall be disposed of pursuant to Mississippi Department of Corrections' Standard Operating Procedure 21-03-02.

5. The Superintendent, upon being officially notified of the impending execution, will notify the inmate of the execution date and time in person. The Superintendent will ascertain wishes (within reason) for the last meal. The condemned inmate is required to be in compliance with MDOC grooming standards. Staff shall verify compliance at the time the Superintendent notifies the inmate of the impending execution. Applicable MDOC policies and procedures shall be followed for an inmate in non-compliance with grooming standards.

6. A Mississippi Department of Corrections' chaplain shall confer with the inmate prior to the scheduled execution and visit the inmate as often as necessary or as requested.

7. The day prior to the scheduled execution, the approved attorneys shall be allowed to have a **non-contact** visit with the condemned inmate between 0900 – 1500 hours. The only visits that will be allowed at Unit 17 on the day of the scheduled execution are the approved attorneys, spiritual advisors, and family. These visits will occur between 1300 – 1600 hours and will be **non-contact.** Consistent with SOP 31-03-01, Inmate Visitation, security staff will utilize a metal detector and pat search the visitors prior to entering the unit. Prohibited items are:
   - Wallets
   - Purses
   - Handbags
   - Change purses
   - Electronic devices
   Security staff will not hold non-allowable items for visitors.

8. Any escorts outside the cell shall require three (3) trained correctional officers, one officer on each side of and one officer directly behind the fully restrained inmate. The inmate may receive visits prior to his transfer to Unit 17 in accordance with Mississippi Department of Corrections Standard Operating Procedure 31-03-01. No changes will be made to the inmate's visitation list.

MDOC002161

Confidential

9. A telephone shall be provided outside the inmate's cell for the purpose of placing calls during normal business hours. The calls will not be collect calls. The telephone shall remain operable until a stay of execution is received or until the inmate has been transferred to the execution chamber.

10. Between 1600 – 1630 hours, the inmate shall be served his last meal, allowed to shower and dress in clean clothes. At this point, the inmate will have any chest hair shaved.

11. The Superintendent or designee shall be responsible for carrying out the condemned inmate's wishes regarding his last meal. The ILAP shall advise the Superintendent of the inmate's wishes concerning witnesses he is permitted to have present at the execution, in accordance with statute and MSP Policy.

12. The approved spiritual advisors shall be allowed a **non-contact** visit with the condemned inmate beginning at 1630 hours and ending at 1700 hours.

MDOC002162

Confidential

# PERSONNEL ASSIGNMENTS

1. **Emergency Operations Center Coordinator – One (1) Required**
The function of the E.O.C. Coordinator is to supervise staff assigned to the E.O.C. It is the E.O.C. Coordinator's responsibility to coordinate and deploy personnel and equipment as needed. The E.O.C. Coordinator will report to the Superintendent.

2. **Asst. E.O.C. Coordinator & Communications Officer – One (1) Required**
Responsibilities include, but not limited to, assisting the E.O.C. Coordinator with his assigned duties and issue radios to designated staff. The Communications Officer will require staff to sign for each radio issued, and insure radios are returned. The Communications Officer will report to the E.O.C. Coordinator.

3. **E.O. C. Radio Operator – One (1) Required**
It is the E.O.C. Radio Operator's responsibility to monitor all radio frequencies and to advise the E.O.C. Coordinators of all pertinent radio traffic. The Radio Operator will enter all radio traffic to and from the E.O.C. into a radio log. Upon deactivation of the E.O.C., the Radio Operator will secure the log and give it to the E.O.C. Coordinator. The Radio Operator will report to the E.O.C. Coordinator.

4. **E.O.C. Message Handler – One (1) Required**
The E.O.C. Message Handler will function as recorder and runner at the direction of the E.O.C. Coordinator.

5. **E.O.C. Entry Control Officer – One (1) Required**
The E.O.C. Entry Control Officer will be stationed at the E.O.C. entrance gate and will be provided with a list of individuals who are authorized to enter. Only those individuals assigned to the Execution detail will be authorized to enter the compound. All others requesting entry must be authorized by the E.O.C. Coordinator. The E.O.C. Entry Control Officer will report to the E.O.C. Coordinator.

6. **Demonstration Area LEO [CID Investigators & P&P Agents – Four (4)] Required**
It is the responsibility of the Demonstration Area LEOs to monitor the activity of demonstrators and to ensure that demonstrators for capital punishment and those who are against capital punishment are placed in separate groups. All of the Demonstration Area LEOs shall be armed. Demonstration Area LEOs will report to the E.O.C. Coordinator.

7. **Office of Inmate Visitors' Center Security – Two (2) Required**
The Inmate Visitors' Program Security Officers will be responsible for the internal security at the Visitation Center. The officer shall ensure that no unauthorized

MDOC002163

Confidential

persons enter. The officer shall also issue the passes to the State witnesses prior to their departure to Unit 17.

8. **Parking Lot Security Officer – One (1) Required**
The Officer will be posted on the parking lot across Highway 49W in front of the Penitentiary's main entrance gate. Duties and responsibilities will include, but not limited to, insuring that no unauthorized person gains access to the parking lot area, and to observe the boundary lines of the Institution located on Highways 49W and 32E, and to inform the E.O.C. of any unusual vehicles or activities within this region. The Parking Lot Security Officer will be armed, and reports to the E.O.C. Coordinator.

9. **Gate Security Officer – One (1) Required**
It is the responsibility of the Gate Security Officer to assist regular assigned gate officers with monitoring and controlling traffic. The officer will be assigned to Gate 1. The Gate Security Officer will be armed with a sidearm. The Gate Security Officer will report to the E.O.C. Coordinator.

10. **Unit 17 Road Officer – One (1) Required.**
The Unit 17 Road Officer will be stationed with a vehicle at the Unit 17 Road Entrance. The Road Officer will be provided with a list of individuals who are authorized to enter Unit 17. Only those individuals listed will be authorized to enter the compound. All others requesting entry must be authorized by the E.O.C. Coordinator. The Unit 17 Road Officer will be armed with a sidearm and report to the E.O.C. Coordinator.

11. **Unit 17 Gate Entry Control Officer – One (1) Required**
The Gate Entry Control Officer's station will be in the gatehouse located at the drive through slider gates at Unit 17. The Entry Officer will be provided with a list of individuals who are authorized to enter. Only those individuals listed will be authorized to enter the compound. All others requesting entry must be authorized by the E.O.C. Coordinator. The Gate Entry Control Officer will be armed with a sidearm and report to the Internal Security Coordinator inside Unit 17.

12. **Unit 17 Entrance Officer – One (1) Required**
The Unit 17 Entrance Officer's duty post will be at the Unit 17 entrance lobby. His responsibility is to ensure that only authorized personnel enter Unit 17 through the front entrance. He will report to the Internal Security Coordinator.

13. **Internal Security Coordinator – One (1) Required**
The Internal Security Coordinator's responsibility is to supervise all personnel assigned to duty posts at the Unit 17 compound. The Internal Security Coordinator will report to the E.O.C. Coordinator.

MDOC002164

Confidential

14. **Key Control Supervisor – One (1) Required**
The Key Control Supervisor's responsibility is to supervise Tier Officers. The Key Control Supervisor will report to the Internal Security Coordinator.

15. **Unit 17 Rear Entry Officer (Kitchen) – One (1) Required**
The Unit 17 Rear Entry Officer's duty post will be at the kitchen exit door. He will be responsible for ensuring no staff enters the unit. He will also be responsible for all areas within sight of his duty post. The Unit 17 Rear Entry Officer will report to the Internal Security Coordinator.

16. **Chamber Security Officer – One (1) Required**
The Chamber Security Officer's duty post will be at the execution chamber door. His responsibility is to ensure that no unauthorized personnel enter the execution chamber. The Chamber Security Officer reports to the Internal Security Coordinator.

17. **Execution Chamber – Ten (10) Required**
The Execution Chamber Team will consist of an Executioner, two Deputy Executioners, a Recorder, and a six-man (6) escort/restraining team. Execution Chamber Team members will report to the Executioner. Also present are two medical personnel who administer the IV lines and monitor them during the execution. The Execution Chamber Team is part of the Execution Team which is defined by the provisions of Miss. Code Ann. § 99-19-51(6)(a) and consists of the Executioner, the two Deputy Executioners as well as medical personnel. The Execution Team also includes those individuals involved in assisting in the execution in any capacity, as well as those personnel assigned to specific duties related to an execution.

18. **Escort Officer (Coroner) – One (1) Required**
The Coroner's escort will requisition a vehicle and escort the Coroner from the time of his arrival at Gate I until his departure after the execution. The Coroner's escort will report to the E.O.C. Coordinator.

19. **Escort Officer (Hearse) – One (1) Required**
The Hearse Escort Officer will requisition a vehicle and escort the Hearse from the time of arrival at Gate I until his departure after the execution. The Hearse Escort Officer will report to the E.O.C. Coordinator.

20. **Administration Building Security Officer – One (1) Required**
The Administration Building Security Officer will provide security in the Administration Building and escort dignitaries. The Administration Building Security Officer will report to the E.O.C. Coordinator.

21. **Transportation Officers – Six (6) Required**
Transportation Officers will function as drivers and escorts as directed by the E.O.C. Coordinator. Two officers will be stationed at the Inmate Visitors' Center,

MDOC002165

Confidential

one at the Welcome Center, one at Gate I, one at parking lot, and one at the Transportation Office. Transportation Officers will report to the E.O.C. Coordinator.

22. **Food Truck Driver – One (1) Required**
The Food Truck Driver is responsible for receiving and delivering food prepared by MSP's Food Service Department to staff members manning duty posts in locations that cannot be relieved. The Food Truck Driver will report to the E.O.C. Coordinator.

23. **Maintenance Personnel (Unit 17) – Two (2) Required**
Maintenance Personnel will station themselves outside the chamber door. It is the responsibility of the maintenance personnel to ensure that a generator is on site and in good working order. They will remain on site until relieved by the Internal Security Coordinator and will report to same.

24. **Maintenance Personnel (Outer Perimeter – Unit 17) – Two (2) Required**
Maintenance Personnel assigned to the line truck shall be stationed in an area adjacent to the Unit 17 Entry Road. They will be on stand-by in case of loss of power or other emergencies that may require use of the line truck. They will remain on site until relieved by the E.O.C. Coordinator and will report to the same.

25. **Maintenance Personnel (Demonstration Area) – One (1) Required**
Maintenance Personnel assigned to the demonstration area are responsible for the generator that provides lighting for the demonstration area. Maintenance Personnel will report to the E.O.C. Coordinator.

26. **Media Assistant – Two (2) Required**
The Media Assistants will greet the media upon their arrival. It is the Media Assistants' responsibilities to act as liaisons to the Communications Director, Public Information Officer or designee. The Media Assistants will report to the Communications Director.

27. **Media Escorts – Two (2) Required**
Media Escorts will escort the media when required. They will report to the Media Assistant.

28. **Quick Response Team – Eight (8) Required**
The Quick Response Team will be stationed at the Demonstration Area. Their responsibility is to function as a response team to react to any emergency. The Quick Response Team will report to the E.O.C. Coordinator.

29. **Medical – Unit 17 – One (1) Medical Staff Member and One (1) Correctional Officer Required**
One medical staff member will be stationed at the Unit 17 Clinic. Also, an ambulance with one (1) Correctional Officer will be stationed in the parking lot of

MDOC002166

Confidential

Unit 17. Medical staff shall respond to any medical emergency that may arise. They shall report to the Internal Security Coordinator.

MDOC002167

Confidential

## WITNESSES REQUESTED BY CONDEMNED INMATE

The Commissioner of Corrections may permit the condemned to designate two (2) witnesses, if requested.

1. Witnesses requested by the condemned inmate shall report to the Spiritual Life Center at the Mississippi State Penitentiary at 1300 hours and no later than 1600 hours where they will be required to present proper identification and sign in.  MSP's Food Service Department will make sure refreshments are available at the Spiritual Life Center for the witnesses of the condemned inmate. Upon arrival at Gate I, security staff will escort them to the Chaplain's Department where they shall be briefed on the regulations to be followed. No witness passes will be issued at this time.  *Security staff shall escort witnesses at all times.*

2. At 1730 hours, the witnesses shall be issued passes by security staff and transported to the Unit 17 parking lot. At 1745 hours the witnesses shall be searched and escorted to the Execution Observation Room at 1750 hours.

3. In the event there is reason to believe (reasonable suspicion) that a witness may initiate or attempt to initiate a violent or disruptive act prior to, during, or following an execution, that person will not be permitted to witness the execution and will be escorted off penitentiary grounds immediately.

4. No person shall be allowed to take photographs or recordings of any type prior to, during, or after the execution.

5. No electronic or mechanical device, including but not limited to, cell phones, smart watches, tablets, motion picture cameras, videotape cameras, tape recorders, or any similar device, or any drawing, art materials or supplies may be in the possession of any witness.

6. No witness entering the facility shall be allowed to leave the facility and return.

7. Following the execution, the witnesses for the condemned inmate shall be escorted from the witness area and out of the facility.

8. The Chaplain shall be available to counsel witnesses as necessary.

MDOC002168

Confidential

## <u>WITNESSES – VICTIM'S FAMILY</u>

The Commissioner of Corrections may permit two (2) members of the victim's family as witnesses, if requested.

1. Witnesses will report to the Welcome Center at the Mississippi State Penitentiary immediately at 1400 hours. Upon their arrival they will be required to present proper identification and sign in. MSP's Food Service Department will make sure refreshments are available at the Welcome Center for the witnesses of the victim's family. No witness passes will be issued at this time. *Security staff shall escort witnesses at all times.*

2. At 1745 hours, witnesses will be issued passes by security staff and briefed on the regulations to be followed. They will then be searched and transported to Unit 17 to the Execution Observation Room 1753 hours. *Security staff will ensure that the condemned inmate's witnesses have entered the witness observation room prior to the victim's family entering.* A representative from the MDOC Division of Victim Services shall accompany the victim's family at all times while at the Welcome Center.

3. In the event there is reason to believe (reasonable suspicion) that a witness may initiate or attempt to initiate a violent or disruptive act prior to, during or following an execution, that person will not be permitted to witness the execution and will be escorted off penitentiary grounds immediately.

4. No person shall be allowed to take photographs or recordings of any type prior to, during or after the execution.

5. No electronic or mechanical device, including but not limited to, cell phones, smart watches, tablets, motion picture cameras, videotape cameras, tape recorders, or any similar device, or any drawing, art materials or supplies may be in the possession of any witness.

6. No witness entering the facility shall be allowed to leave the facility and return.

7. Following the execution, the witnesses shall be escorted from the witness area and out of the facility.

8. The Chaplain shall be available to counsel witnesses as necessary.

MDOC002169

Confidential

## **STATE WITNESSES**

1. The Superintendent, by at least three (3) days prior written notice, will secure the presence of the following witnesses at the execution:

   A.   The Sheriff *or* his Deputy of the county of conviction

   B.   At least one (1), but not more than two (2), physicians or the Coroner of the County where the execution is to take place

   C.   (If requested) bona fide members of the press, not to exceed eight (8) in number

   D.   At the request of the condemned inmate, such ministers of the gospel not exceeding two (2) as said condemned person shall name.

   E.   The Sheriff of Sunflower County

2. The absence of the Sheriff or Deputy, under due notice to attend, will not delay the execution. Likewise, the execution may proceed with one (1) attending physician if it is not practical for two (2) physicians to be secured or the county coroner if no physicians are available.

3. All state witnesses will report to the Office of Inmate Visitors' Center at the Mississippi State Penitentiary immediately upon their arrival where they will be required to present proper identification and sign in. No witness passes will be issued at this time. *Witnesses shall be escorted by security staff at all times.*

4. At 1700 hours, witnesses will be briefed on regulations to be followed and issued passes by security staff. During this briefing, selected media representatives shall be advised as to which observation room they will be escorted to. At 1747 hours, they will then be searched and transported to Unit 17 where they will be escorted to the respective Execution Observation Rooms at the designated time.

5. No person shall be allowed to take photographs or other recordings of any type prior to, during, or after the execution.

6. No electronic or mechanical device, including but not limited to, motion picture cameras, videotape cameras, tape recorders, or any similar device, or any drawing, art materials or supplies may be in the possession of any witness.

7. The Chaplain shall be available to counsel witnesses as necessary.

19

**MDOC002170**

Confidential

# MEDIA POLICY

Every effort shall be made by the staff of the Mississippi State Penitentiary to accommodate representatives of the news media prior to and during an execution. Media representatives shall be treated in a fair and consistent manner and in compliance with the policies and procedures of the Mississippi Department of Corrections.

1. The selection of media representatives shall be coordinated by the Department of Corrections' Communications Director at the direction of the Commissioner of Corrections.

2. The Mississippi Bureau Chief of the Associated Press (AP) wire service and the News Director of the Mississippi Radio Network/Supertalk are each requested to designate one (1) reporter to represent its service. The names shall be given in writing to the Communications Director of the Mississippi Department of Corrections not later than seven (7) calendar days prior to the date of execution.

3. The selection of the remaining media representatives to witness the execution shall be made by lottery. All media representatives based in Mississippi wishing to witness the execution shall submit their requests in writing to the Department's Communications Division at least fourteen (14) calendar days prior to the scheduled date of execution. The selected representatives will be notified in writing at least seven (7) calendar days prior to the scheduled date of execution of their selection.

4. Other media representatives with press credentials approved by the Communications Division will be admitted to the central press area by the Communications Director or designee.

5. All media representatives shall be required to present proper identification and documentation that they are the sanctioned representatives of their media group.

6. Media representatives will be issued Press passes. Upon being issued Press Passes, the media representatives will be escorted by Media Assistants to a designated site for a press briefing to be conducted by the Communications Director or designee. Every reasonable effort shall be made to make the press area as functional as possible. Telephone lines, tables for equipment and outlets for electrical equipment shall be available.

7. After the briefing and explanation of the procedures and regulations to be followed, media representatives who are approved to witness the execution will be searched by security staff, transported to Unit 17 and escorted to the Execution Observation Room at the designated time.

MDOC002171

Confidential

8. **Prohibitions:**

    A. In accordance with Section 99-19-55 (2) of the Mississippi Code of 1972, no person shall be allowed to take photographs or other recordings of any type prior to, during, or after an execution.

    B. No electronic or mechanical device, including but not limited to, motion picture cameras, videotape cameras, tape recorders, or any similar device, or any drawing, art materials or supplies may be in the possession of any other person admitted to the Execution Observation Room.

    C. No other Death Row inmate may be interviewed by any media representative the day before, the day of, or the day after an execution.

9. A post execution briefing will be conducted to allow media witnesses at the execution to answer questions of all other media represented concerning their observations during the execution.

10. After media/pool witnesses and the Department spokesperson have addressed the media in the press area, the media personnel shall be required to leave the facility one hour after the last briefing, no later than 2230 hours, and normal operations shall resume.

MDOC002172

Confidential

# CHRONOLOGICAL SEQUENCE OF EXECUTION

Seventy-two (72) hours prior to the scheduled execution date – The condemned inmate shall be transferred to Unit 17 and placed in the holding cell adjacent to the execution room.

The day prior to the scheduled execution, the approved attorneys shall be allowed to have a **non-contact** visit with the condemned inmate between 0900 – 1500 hours.

1800 hours on the day prior to the scheduled execution – The Superintendent declares an institutional emergency and places the institution on lockdown status. Radio traffic will be 10-33 (emergency traffic only) and remain as such until deemed necessary by the Superintendent.

Day of Scheduled Execution

| | |
|---|---|
| 0800 hours | The Emergency Operations Center is activated |
| 0830 hours | The Emergency Response Team is placed on telephone stand-by status. All staff scheduled to participate is advised to report to the Superintendent's Conference Room at 0930 hours. |
| 0900 hours | A Telecommunications staff member checks the telephone in the execution chamber to ensure that it is working properly. |
| 0930 hours | A briefing is conducted in the Superintendent's Conference Room for assigned staff members. The E.R.T. Communications Officer issues walkie-talkies and a list of call numbers to designated staff. |
| 1000 hours | The briefing is concluded and staff are advised to report to the E.O.C. Coordinator for individual assignments and explanation of responsibilities. All security staff assigned to the Visitation Center, including the demonstration area, shall report to their duty posts. The E.O.C. Coordinator provides the Unit 17 authorization list to appropriate staff. |
| 1030 hours | The Communications Director or designee prepares to greet media representatives. Assigned drivers and escorts for media representatives report to their duty stations. |
| 1130 hours | Staff assigned as Administration Security reports to their duty post. |
| 1230 hours | Security staff assigned to the Unit 17 Entry Road, Unit 17 Gate and the Internal Security Team report to their assigned posts. |
| 1300 hours | Execution Chamber Passes are issued by the Asst. E.O.C. Coordinator. The Execution Team reports to Unit 17 to prepare the lethal injection system. A walk-through of procedures is conducted. |

MDOC002173

Confidential

| | |
|---|---|
| 1300 hours | The approved attorneys, spiritual advisors and family shall be allowed to have **non-contact** visits with the condemned inmate. These visits will occur between 1300 – 1600 hours. Security will utilize a metal detector and pat search the visitors prior to their entry into the unit. |
| 1500 hours | Security, medical and maintenance personnel assigned to perimeter duty posts at Unit 17 and Gate I report to their assigned stations. The Quick Response Team reports to the Demonstration Area and stays on call until 2230 hours. A Telecommunications staff member checks the telephone in the execution chamber to ensure that it is working properly and will remain on duty in the chamber area until after the execution. |
| 1600 hours | **Non-contact** visitation between the condemned inmate and his approved attorneys, family and spiritual advisors ends. |
| 1600 hours | The condemned inmate is served his last meal and is allowed to shower and comply with grooming standards. |
| 1630 hours | Upon request of the condemned inmate, an approved spiritual advisor shall be allowed a **non-contact** visit. |
| 1630 hours | Food prepared for staff manning duty posts is picked up at a kitchen designated by Superintendent and MSP's Food Service Director and delivered to each post. The Governor's representative, Attorney General's representative, Commissioner or designee and Superintendent are served their evening meal at the Guest House. |
| 1650 hours | The condemned inmate is offered a sedative. |
| 1700 hours | The Execution Team checks all equipment to ensure that everything is working properly. The Executioner conducts a briefing. |
| | The **non-contact** visitation between the spiritual advisors and the condemned inmate ends. |
| | The witnesses are issued witness passes and briefed on procedures and regulations. |
| | The hearse is escorted from Gate I to the Unit 17 parking lot. |
| | The Coroner is escorted to Unit 17. |
| 1710 hours | The hearse is brought into the Unit 17 compound and parked in the rear adjacent to the execution chamber. The General Counsel begins monitoring the telephone in the execution chamber and will continue until a stay is granted or the inmate has been executed. |

MDOC002174

Confidential

| | |
|---|---|
| 1720 hours | Internal Security on A-Tier at Unit 17 exits the tier and the tie-down team enters. The Execution Team Recorder begins his/her chronological log. The Superintendent shall read to the prisoner, the Death Warrant or Court Order, under which the Execution is to be carried out. The condemned inmate is escorted from the holding cell and strapped to the gurney or chair. The Deputy Commissioner of Institutions or designee shall observe the escort from the time the inmate is removed from his cell until he is strapped to the gurney. The Execution Room Recorder initiates a chronological log. |
| 1745 hours | Catheters are placed in each arm and a saline solution is started. The Executioner shall advise the Superintendent that the lethal injection system is prepared and ready for use. |
| | The Condemned witnesses and press are transported to Unit 17 parking lot. |
| 1747 hours | The victim's witnesses and state witnesses are escorted to the Unit 17 parking lot. |
| 1750 hours | Condemned Witnesses and approved Media Witnesses are escorted into the Chamber Observation Rooms. The door to the observation room are secured. |
| 1753  hours | The Victim's Family and state witnesses are escorted into the Chamber Observation Room. |
| 1800 hours | During the execution procedure, the General Counsel will man the telephone to the Governor's Office and the Attorney General's Office. The General Counsel will verify that no stay of execution has been granted. The Superintendent asks the condemned inmate if he wishes to make a final statement. The final statement shall not exceed five (5) minutes. However, should the condemned use profanity or abusive language, his/her final statement will be terminated immediately. The Superintendent directs the Executioner to proceed. The Executioner will then administer the lethal injection. Constant voice-to-voice communications shall be established and maintained throughout and after the execution. |
| | When the inmate no longer exhibits signs of life, the coroner will pronounce the inmate's death. The Superintendent will then order the witnesses escorted from the observation room to the outside of the unit. |
| 1900 hours | A post execution briefing is conducted by the Communications Director or designee in the Central Visitation Center. Step-down procedures are enacted. |

An accounting of timed activities will be maintained, starting with the time the inmate is removed from the holding cell until he/she is pronounced dead.

After step-down procedures are completed, the entire execution team will meet at the Guest House or MSP's designated staff dining facility. Dinner will be prepared for members of the execution

**MDOC002175**

Confidential

team by the Director of Food Services and the MSP's Food Services Department. If needed, the Staff Chaplain or designee will be available for individual or group counseling.

The State Executioner, or his duly authorized representative, the Commissioner of Corrections, or his duly authorized representative, and the physicians who witnessed the execution shall prepare and sign officially a certificate setting forth the time and place of execution and that such criminal was then and there executed, in conformity to the sentence of the Court and the provisions of Section 99-19-55 of the Mississippi Code of 1972, and shall secure the signatures of the other public officers and persons who witnessed such execution.

1. The certificate shall be filed with the court where the criminal was convicted.

2. The Clerk will subjoin the certificate to the record of the conviction and sentence.

The body of the executed person will be released immediately after the execution by the State Executioner, or his duly authorized representative, to the relatives of the deceased person, or to such friends as may claim the body. The Department of Corrections will be responsible for burial in the event the body is not claimed. The Department of Corrections will bear the reasonable expenses of burial in the event the body is not claimed by relatives or friends. There shall be no autopsy required pursuant to Section 47-5-151.

MDOC002176

Confidential

## **LETHAL INJECTION CHAMBER CHRONOLOGICAL RECORD OF EXECUTION**

I.  A.  Prisoner's Name _____

 B.  Prisoner's MDOC Number _____

 C.  Charge(s) _____

 D.  County of Conviction _____

_____

II.  **OPERATION**

 A.  Prisoner Entered Chamber

 B.  I.V. (normal saline) Started

 C.  Injection of Sodium Pentothal or Pentobarbital or Midazolam

 D.  Injection of Normal Saline

 E.  Injection of Pavulon, Vecuronium Bromide or Rocuronium Bromide

 F.  Injection of Normal Saline

 G.  Injection of Potassium Chloride

 H.  Last Visible Movement

 I.  Prisoner Pronounced Dead

III.  A.  Date _____

 B.  Printed Name of Recorder _____
 
 (Last)        (First)        (Middle)

 C.  Title _____

 D.  Signature _____

 E.  Executioner's Signature _____

 F.  Deputy Executioner's Signature _____

 G.  Commissioner's or Designee's Signature _____

 H.  Coroner's Signature _____

 I.  Physician's Signature _____

The persons whose signatures appear on this form were present in the Lethal Injection Chamber at the Mississippi State Penitentiary and carried out/assisted in the execution of the prisoner in accordance with Mississippi Code. The Chronological Chart is, to the best knowledge of those officials whose signatures are affixed, a true and accurate recording of the procedures used in performing this execution.

MDOC002177