IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICKY CHASE**                                                                                                          **PLAINTIFF**

**ROGER ERIC THORSON and**
**ROBERT SIMON, JR.**                                                                               **INTERVENOR-PLAINTIFFS**

**VS.**                                                                                                      **No. 3:15-cv-00295-HTW-LGI**

**BURL CAIN, Commissioner,**
**Mississippi Department of Corrections, in**
**his Official Capacity; MARC MCCLURE,**
**Superintendent, Mississippi State Penitentiary,**
**in his Official Capacity; THE MISSISSIPPI**
**STATE EXECUTIONER, in his Official**
**Capacity; an UNKNOWN EXECUTIONERS,**
**in their Official Capacities**                                                                                      **DEFENDANTS**

### DEFENDANTS' MOTION FOR CONSOLIDATION OF *CRAWFORD v. CAIN*, No. 3:25-CV-479-DPJ-ASH

COME NOW, Defendants, Burl Cain, in his official capacity as the Commissioner of the Mississippi Department of Corrections ("MDOC"), Marc McClure, in his official capacity as the Superintendent of the Mississippi State Penitentiary, and the Mississippi State Executioner, in his official capacity, by and through undersigned counsel, and hereby move for consolidation of *Crawford, et al. v. Cain et al.*, No. 3:25-cv-479-DPJ-ASH, with this action for all purposes under Fed. R. Civ. P. 42, and would show unto the Court as follows:

    1.    Consolidation of Civil Action No. 3:25-cv-479-DPJ-ASH with this case is appropriate because: (1) the actions are pending in the same judicial district; (2) common parties are involved; (3) there are common questions of law or fact; (4) if the cases are tried separately, a risk of inconsistent adjudications of factual and legal issues would exist; (5) consolidation will conserve judicial resources; (6) consolidation will not result in an unfair advantage; (7)

consolidation will reduce the time for resolving the cases; and (8) consolidation will reduce the cost of trying the cases separately.

Based on the foregoing; the exhibits attached to this motion, which are listed below; and the reasons set forth in Defendants' accompanying memorandum of authorities, Defendants respectfully submit that Civil Action No. 3:25-cv-479-DPJ-ASH should be consolidated with this case for all purposes pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 42.

**Exhibit 1**   Complaint in *Crawford, et al. v. Cain et al.*, No. 3:25-cv-479-DPJ-ASH

**Exhibit 2**   Mississippi Supreme Court En Banc Order setting Crawford Execution

**DATE: September 29, 2025**

By:   **LYNN FITCH**
ATTORNEY GENERAL
STATE OF MISSISSIPPI

By:   *s/Wilson Minor*
Wilson Minor, MSB No. 102663
John P. Sneed, MSB No. 7652
SPECIAL ASSISTANT ATTORNEYS GENERAL
ATTORNEYS FOR DEFENDANTS

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-6279
Telefax: (601) 359-2003
wilson.minor@ago.ms.gov
john.sneed@ago.ms.gov

**CERTIFICATE OF SERVICE**

    This is to certify that I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, have electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    This the 29th day of September, 2025.

                                                                  *s/Wilson Minor*_____
                                                                  Wilson Minor